**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Kenneth B. Thomas v. Avant, Web Bank     Case Number: 1:18-cv-06021

An appearance is hereby filed by the undersigned as attorney for:
Avant, WebBank

Attorney name (type or print): Daniel P. Jackson

Firm: Vedder Price P.C.

Street address: 222 N. LaSalle Street, Suite 2600

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6289813
(See item 3 in instructions)     Telephone Number: (312) 609-7500

Email Address: djackson@vedderprice.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 3, 2019

Attorney signature:     S/ Daniel P. Jackson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015