**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION

JAN 23 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kenneth B. Thomas

     Plaintiff (Pro Se),

v.

     No. 18-CV-06021

     Honorable John J. Tharp Jr.

Avant, Web Bank

     Defendants.

**PLAINTIFF RESPONSE TO 12(B)(5)&(6) WEB BANK DEFENDANT MOTION TO DISMISS AND MOTION ORDER OF DIRECTING US MARSHALLL TO SERVE PROCESS OF WEB BANK IN UTAH IF NECESSARY FOR EXTENSION**

Pro Se Plaintiff Kenneth B. Thomas respectfully submits the response to Defendant Web Bank Complaint to dismiss the lawsuit on lack of proper service pursuant to Federal Rule of Civil Procedure 12 (b)(5). Filing motion with the Honorable court for order that United States Marshall further perform USM-285 issued to US Marshall so that summoned complaint will be served to an agent of Web Bank in Salt Lake City, Utah and if the court deems appropriate extend the time for Thomas to serve Web Bank pursuant to FED. P Civ Pro. In support in response to Motion Thomas states:

1. Pro Se Plaintiff Thomas filed his complaint on September 4, 2018 against Defendants Avant and Web Bank, (ECF No. 1).

2. On September 4, 2018, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 4).

3. This court granted Plaintiff's application (ECF No.7) and thereafter he had the US Marshall summon Defendants. (ECF No. 13,14).

4. Pro Se Plaintiff did not have the registered agent information for Web Bank.

5. Web Bank website states that "Web Bank is an FDIC insured-chartered Industrial Bank headquartered in Salt Lake City, Utah," (Copy attached Exhibit A last visited 1/17/2019).

6. According to the Utah Government business search website, Web Bank's registered agent is George Sutton. (See Ex. B visited 1/18/2018).

7. Copy of Utah Department of Financial Institutions is attached here to as Exhibit C retrieved 1/17/19, Web Bank listed therein on page 12 as having its office at 215 S. State Street Salt Lake City, Utah and Kelly Barnett President. Utah rule civil procedure 4 FDIC insured, state chartered industrial bank operates under federal law.

8. Having a US Marshall serve Web Bank in Utah confirms with rule 4(H) and rule 4(E)(1) referred to therein Exhibit D. Rule 4(E)(1) states "Upon a corporation not otherwise provided in this rule, a limited liability company, a partnership, or an unincorporated association subject to suit under a common name, by delivering a copy of the summons and complaint to an officer, a managing general agent, or other agent authorized by appointment or law to receive process and by mailing a copy of the summons and complaint to defendant, if the agent is one authorized by statue to receive process and the statue so requires. If no officer or agent can be found within the state, and the defendant has, or advertises or holds itself out as having a place of business within the state or elsewhere, or does business within this state or elsewhere, then upon the person in charge of the place of business".

9. January 17, 2018 Pro Se Plaintiff mailed Web Bank agent Kelly Barnett a request to waive service of summons.

10. January 18, 2018 Pro Se Plaintiff spoke with Northern District of Illinois Clerk's office that clarified the US Marshall would deliver out of state to Utah.

11. On January 18, 2018 Pro Se Plaintiff emailed council for Web Bank and asked for an extension and attached a waiver of service request. The waiver of service was denied and extension to response was denied by their Defendants council contingent on the basis that Plaintiff Thomas agree to dismiss Web Bank's motion.

12. If granted an extension, Pro Se Plaintiff will timely serve Web Bank with an registered Agent. An extension would not prejudice Web Bank and would not unduly delay their litigation.

### **Conclusion**

Wherefore Pro Se Plaintiff Kenneth Thomas respectfully request this court deny Web Bank's motion to dismiss and issue an order extending time for Pro Se Plaintiff to serve Web Bank and grant Thomas relief so further the court deems appropriate.

Respectfully,

Kenneth B. Thomas

6915 S Merrill

Chicago, IL 60649

Dated: January 23, 2018

Case: 1:18-cv-06021 Document #: 26 Filed: 01/23/19 Page 4 of 8 PageID #:78

*Exihibit A*



(/)

## Online Banking

Username

| LOGIN | OPEN AN ACCOUNT (HTTPS://OPEN.WEBBANK.COM/) |
|---|---|

Forgot Password (https://www.netteller.com/login2008/Authentication/Views/LoginPasswordSelfReset.aspx?returnUrl=%2fwebbank) | Enroll (https://www.netteller.com/login2008/Authentication/Views/OnlineEnrollmentAgreement.aspx?returnUrl=%2fwebbank)

# About Us

WebBank is an FDIC insured, state-chartered industrial bank headquartered in Salt Lake City, Utah. It was organized under the laws of the State of Utah in 1997 and operates under federal banking law.

Through our industrial bank charter, WebBank offers a wide variety of products either directly to our consumer customers via savings accounts and time deposits, or through our Strategic Partnerships, providing niche financing solutions to businesses and consumers.



## It's More Than a Job

We are always looking for talented people to join the WebBank Team!

**Review Available Positions (/about-us/careers)**

*Exibit B*

# WEBBANK

[ Update this Business ]

**Entity Number:** 1264182-0142
**Company Type:** Corporation - Domestic - Profit
**Address:** 215 SOUTH STATE STREET STE 1000 SALT LAKE CITY, UT 84111
**State of Origin:** UT
**Registered Agent:** GEORGE SUTTON
**Registered Agent Address:**
C/O JONES WALDO HOLBROOK & MCDONOUGH 170 SO MAIN STE 1500
SALT LAKE CITY, UT 84101

[ View Management Team ]

Status: Active

[ Purchase Certificate of Existence ]

**Status:** Active   *as of 09/28/2001*
**Renew By:** 02/29/2020
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent
renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** <u>Not</u> Registered with Verify Utah

History

[ View Filed Documents ]

**Registration Date:** 02/18/1994
**Last Renewed:** 12/17/2018

Additional Information

**NAICS Code: 9999 NAICS Title:** 9999-Nonclassifiable Establishment

Former Business Names

WEBBANK CORPORATION
BLOCK FINANCIAL SERVICES COMPANY
COMPANION FINANCIAL CORPORATION
HRB FINANCIAL CORPORATION

<< Back to Search Results

Search by:   [ Business Name ]   [ Number ]   [ Executive Name ]   [ Search Hints ]

Business Name:

Exhibit C



Utah.gov Services     Agencies         Search all of Utah.gov »

| General Information | Financial Institutions | Non-Depository | Money Services | Resources | About Us |
|---|---|---|---|---|---|
| Application Status | Banks | Consumer Lending | Check Cashers | Archives | Commissioner |
| Consumer Tips | Credit Unions | Holding Companies | Escrow Agents | News | Employees |
| Department | Industrial Banks | Mortgage Lending | Money Transmitters | Helpful Links | History |
| Publications | Savings & Loans | Trust Companies | Title Lenders | Sitemap | Mission Statement |
| | | | Deferred Deposit Lender | | Organization Chart |

Search DFI [ Go ]

Home  »  **Financial Institutions**

# Financial Institutions

[ Find by Name ]     [ Filter by Type ▾ ]

**Financial Institutions**
- Banks
- Credit Unions
- Industrial Banks
- Savings & Loans

| | |
|---|---|
| **America First Federal Credit Union**<br>Federal Credit Unions | 4774 S 1300 W BLDG # 3<br>PO BOX 9199<br>RIVERDALE, UT 84409-0199<br><br>John Lund, President<br>Phone: 801-627-0900 |
| **American United Family Federal CU**<br>Federal Credit Unions | 2687 W 7800 S<br><br>WEST JORDAN, UT 84088<br><br>Michelle Thorne, President<br>Phone: 801-583-5015 |
| **Box Elder County Federal Cr. Union**<br>Federal Credit Unions | 1023 S MEDICAL DR<br>PO BOX 624<br>BRIGHAM CITY, UT 84302<br><br>Scott Webre, President<br>Phone: 435-723-3437 |
| **C U P Federal Credit Union**<br>Federal Credit Unions | 302 E 1860 S<br>PO BOX 50526<br>PROVO, UT 84605-0526<br><br>Annette Elmer, President<br>Phone: 801-374-1170 |
| **Cyprus Federal Credit Union**<br>Federal Credit Unions | 3876 W CENTER VIEW WAY<br>PO BOX 9002<br>WEST JORDAN, UT 84084-5661<br><br>Todd E. Adamson, President<br>Phone: 801-260-7600 |
| **Deseret First Federal Credit Union**<br>Federal Credit Unions | 2480 S 3850 W STE C<br>PO BOX 45046<br>SALT LAKE CITY, UT 84145<br><br>Shane London, President<br>Phone: 801-456-7000 |
| **Desertview Federal Credit Union**<br>Federal Credit Unions | 196 N MAIN<br>PO BOX 580<br>HUNTINGTON, UT 84528 |

Case: 1:18-cv-06021 Document #: 26 Filed: 01/23/19 Page 7 of 8 PageID #:81

Exhibit C

| | |
|---|---|
| | John Taylor, President<br>Phone: 801-572-4004 |
| **LCA Bank Corporation**<br>State Industrial Banks | 1441 W UTE BLVD, STE 260<br><br>PARK CITY, UT 84060<br><br>Laura Olsen, President<br>Phone: 435-658-5446 |
| **Medallion Bank**<br>State Industrial Banks | 1100 E 6600 S STE 510<br><br>SALT LAKE CITY, UT 84121<br><br>Don Poulton, President<br>Phone: 801-284-7065 |
| **Merrick Bank Corporation**<br>State Industrial Banks | 10705 S JORDAN GATEWAY STE 200<br><br>SOUTH JORDAN, UT 84095<br><br>Richard Lake, President<br>Phone: 801-545-6600 |
| **Optum Bank, Inc.**<br>State Industrial Banks | 2525 LAKE PARK BLVD<br><br>WEST VALLEY CITY, UT 84120<br><br>Deborah Culhane, President<br>Phone: 801-963-6040 |
| **Sallie Mae Bank**<br>State Industrial Banks | 175 S W TEMPLE STE 600<br><br>SALT LAKE CITY, UT 84101<br><br>Paul F. Thome, President & CEO<br>Phone: 801-320-3700 |
| **The Pitney Bowes Bank, Inc.**<br>State Industrial Banks | 1245 E BRICKYARD RD STE 250<br><br>SALT LAKE CITY, UT 84106-2565<br><br>Sheldon Woods, President<br>Phone: 801-832-4440 |
| **UBS Bank USA**<br>State Industrial Banks | 299 S MAIN STE 2275<br><br>SALT LAKE CITY, UT 84111<br><br>Frank Destra, President<br>Phone: 801-741-0310 |
| **USAA Financial Services Corp.**<br>State Industrial Banks | 9800 FREDERICKSBURG RD<br><br>SAN ANTONIO, TX 78288-0553<br><br>Carol Roberts, Attorney<br>Phone: 210-498-2505 |
| **WebBank**<br>State Industrial Banks | 215 S STATE ST STE 1000<br><br>SALT LAKE CITY, UT 84111<br><br>Kelly Barnett, President<br>Phone: 801-456-8350 |

Case: 1:18-cv-06021 Document #: 26 Filed: 01/23/19 Page 8 of 8 PageID #:82

Exibit

UTAH
Web Bank
Kelly Bernett

**Print Version (https://www.utcourts.gov/resources/rules/urcp/urcp004.html)**

Previous PageFile uploaded: 5/8/2018

### Rule 4. Process.

**(a) Signing of summons.** The summons must be signed and issued by the plaintiff or the plaintiff's attorney. Separate summonses may be signed and issued.

**(b) Time of service.** Unless the summons and complaint are accepted, a copy of the summons and complaint in an action commenced under Rule 3(a)(1) must be served no later than 120 days after the complaint is filed, unless the court orders a different period under Rule 6. If the summons and complaint are not timely served, the action against the unserved defendant may be dismissed without prejudice on motion of any party or on the court's own initiative.

**(c) Contents of summons.**

(c)(1) The summons must:

(c)(1)(A) contain the name and address of the court, the names of the parties to the action, and the county in which it is brought;

(c)(1)(B) be directed to the defendant;

(c)(1)(C) state the name, address and telephone number of the plaintiff's attorney, if any, and otherwise the plaintiff's address and telephone number;

(c)(1)(D) state the time within which the defendant is required to answer the complaint in writing;

(c)(1)(E) notify the defendant that in case of failure to answer in writing, judgment by default will be entered against the defendant; and

(c)(1)(F) state either that the complaint is on file with the court or that the complaint will be filed with the court within 10 days after service.

(c)(2) If the action is commenced under Rule 3(a)(2), the summons must also:

(c)(2)(A) state that the defendant need not answer if the complaint is not filed within 10 days after service; and

(c)(2)(B) state the telephone number of the clerk of the court where the defendant may call at least 14 days after service to determine if the complaint has been filed.

(c)(3) If service is by publication, the summons must also briefly state the subject matter and the sum of money or other relief demanded, and that the complaint is on file with the court.

**(d) Methods of service.** The summons and complaint may be served in any state or judicial district of the United States. Unless service is accepted, service of the summons and complaint must be by one of the following methods: