**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Kenneth B. Thomas

                    Plaintiff,

v.                                                      Case No.: 1:18−cv−06021
                                                        Honorable John J. Tharp Jr.

Avant, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr: Defendant Web Bank's Rule 12(b)(5) motion to dismiss for insufficient service of process [20] is denied. Plaintiff's response to the motion [26] demonstrates good cause for his failure to timely effectuate service. Pursuant to Fed. R. Civ. P. 4(m), the plaintiff is instructed to properly effectuate service on defendant Web Bank by 2/22/19. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.