IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kenneth B. Thomas,

        Plaintiff,

v.                                                                                    No. 18-cv-06021

Avant, Web Bank,

        Defendants.

**DEFENDANT AVANT'S RULE 12(b)(6) MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Avant ("Avant") hereby moves to dismiss the Complaint (Docket Entry 1, the "Complaint") filed by plaintiff Kenneth Thomas ("Thomas") because it fails to adequately state a viable cause of action under any of the statutes Thomas cites including (1) the Gramm-Leach Bliley Act ("GLBA"); (2) the Fair Credit Reporting Act ("FCRA"); (3) the Equal Credit Opportunity Act "ECOA"); (4) the Dodd-Frank Act; (5) the Truth in Lending Act ("TILA"); and (6) "Diversity Jurisdiction." (Compl. ¶¶ 26-45.)

First, neither the GLBA nor the Dodd-Frank Act provide a private right of action. As such, Thomas's claims under these statutes (Counts 1 and 4) must be dismissed.

Second, Thomas's FRCA and TILA claims (Counts 2 and 5) are all time-barred, having been brought well after the expiration of the applicable statutes of limitations. 15 U.S.C. § 1681p, 15 U.S.C. § 1640(e). As such, these claims should be dismissed. Moreover, even if Thomas's FCRA and TILA claims were not time-barred, he has failed to adequately state a claim for relief under either statute.

Third, Thomas's allegations fail to state a plausible claim for relief under the ECOA. Thomas's sensational conclusions do not set forth a cognizable claim under the ECOA.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum of law, the Court should enter an order dismissing the Complaint under Rule 12(b)(6) for failure to state a claim.

Respectfully submitted,

AVANT LLC

By:     /s/ Daniel P. Jackson
        One of Its Attorneys

Chad A. Schiefelbein
Daniel P. Jackson
Madeline V. Tzall
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  February 1, 2019

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused copies of the foregoing **DEFENDANT AVANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to be served upon:

Kenneth B. Thomas
6915 S. Merrill
Chicago, Illinois 60649
ken25049@gmail.com

via the Court's CM/ECF system and U.S. Mail on this 1st day of February, 2019.


s/ Daniel P. Jackson