

**FILED**

MAR 18 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION

Kenneth B. Thomas

    Plaintiff (Pro Se),

v.

Avant, Web Bank

    Defendants.

No. 18-CV-06021

Honorable John J. Tharp, Jr.

Magistrate Judge Young B. Kim

## PLAINTIFF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

## TABLE OF CONTENTS

**Page**

I.    INTRODUCTION........................................................................1

II.   RESPONSE TO DEFENDANTS ARGUMENT.........................................3

III.  CONCLUSION..........................................................................11

## TABLE OF AUTHORITIES

Levy V. Hyatt Hotels Corp
*Danjaq, S.A. v. Pathe Comm'ns Corp.*, 979 F.2d 772 (9th Cir. 1992)
FTC v. Cash Today
Thomas v Bridgeview Bank Group, 15 C 5708

## STATUES

The Equal Credit Opportunity Act (ECOA), B (12 CFR 202)
§ 1031, 1036, 12 U.S.C. §§ 5531, 5536
15 U.S.C. 1640
15 U.S.C. § **1681**
15 U.S. Code § 6802
IRPWA (820 ILCS 55
815 ILCS 530, et seq

## RULES

Federal Rule 201 Judicial Notice of adjudicative facts
Equal Credit Opportunity Act (ECOA), B (12 CFR 202)
The Financial Privacy Rule; Safeguards rule
Fair Lending Credit Act; Regulation V
UDAAP and provisions of the Dodd Frank Act
TILA and Regulation Z

ii

## **Exhibit Contents**

Exhibit A – Lasalle Network Email ending Avant employment……..Page 1

Exhibit B - Unsecured personal loan Avant online application……..Page 2,5

Exhibit C - Avant approval letter………………………………………….Page 2

Exhibit D - Snapchats, and secured Avant software screenshot……..Page 2

Exhibit E - Notice of Adverse Action letter…………………………Page 2,5

Exhibit F -In Forma Pauperis from Honorable Rebecca Pallmeyer granted..Page 3

Exhibit G - Snapchat images of Kenneth's application……………Page 4

Exhibit H - Truth and lending disclosure…………………………..Page 5

Exhibit I - Consumer Protection Finance Agency………………….Page 5

Exhibit J - Illinois Attorney General Office…………………………Page 5

Exhibit K - Notice to sue letter……………………………………Page 5,6,8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth B. Thomas | | |
| Plaintiff (Pro Se), | | |
| v. | | No. 18-CV-06021 |
| | | Honorable John J. Tharp, Jr. |
| Avant, Web Bank | | Magistrate Judge Young B. Kim |
| Defendants. | | |

## PLAINTIFF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

MOTION

KENNETH B. THOMAS affirms the following

I am the Plaintiff in this action, and I respectfully submit this affidavit/affirmation in opposition to the motion dated February 1, 2019, made by

[AVANT, WEB BANK]

### Introduction

1. March 21, 2016 Pro Se Plaintiff Kenneth B. Thomas was terminated by Avant and the status confirmed by voicemail and two letters from LaSalle Human Resource Assistant and Project Manager, Customer service executives detailing his Avant status (**Exhibit A**). There is no question Kenneth was a Lasalle contracted employee, not bound by Avant's rules, and can only ascertain the denial was purely subjective and the obvious, race.

2. March 23, 2016, as a consumer described by GLB Definition: A "consumer" is an individual who obtains or has obtained a financial product or service from a financial institution that is to be used primarily for personal, family, or household purposes, or that individual's legal representative,"

1

Kenneth B. Thomas former Avant temporary employee (LaSalle temp.), applied for an unsecured personal loan with Avant's online application (**Exhibit B**) where it states, "Avant credit products are issued by Web Bank, member of FDIC," and,

*"The approval process may take longer if additional documents are requested. Approval and loan terms will vary based on credit determination and state law."* TransUnion LLC was the consumer reporting agency utilized by Avant in their decision-making process and Plaintiffs credit score was 769. Scores range from 300-850.

3. March 24, 2016 an Avant approval letter was issued at 9:39 am congratulating Kenneth B. Thomas, customer #59031780 on securing funds $9,900.00 "and will receive the funds directly into your bank account (ending in 3251) as soon as tomorrow. (**Exhibit C**)" No additional document requests were issued. The Plaintiff believed the notification just as the prior termination notifications.

After the approval Kenneth B. Thomas, a third party, received cell phone text conversations, Snapchats, and secured Avant software screenshot (in violation of consumer third party privacy laws breeching his secure data) included by former coworkers (**Exhibit D**). These text conversations included eye witness accounts detailing unprecedented scrutiny by Avant managers' breeching application protocol objectivity and anonymity by reviewing the Plaintiff's information based on their personal subjective manager-employee relationship. Avant employees then communicated to Kenneth they witnessed management working hard to revoke the loan approval. The Equal Credit Opportunity Act (ECOA), B (12 CFR 202), prohibits discrimination in any aspect of a credit transaction…

4. March 24, 2016, 2:39 pm Avant issued a Notice of Adverse Action letter unlawfully rescinding the $9,900 loan approval (**Exhibit E**) with no explanation except former coworkers accounts about managements' desire to deny Kenneth's 769 credit score (**Exhibit E**) application. Illinois laws against discrimination require that all creditors make credit equally available to all credit worthy customers. Subsequently Avant denied accountability and placed the blame on Web Bank's procedure denying current and

2

former employees eligibility applying for loans even though this information was never communicated. White employee counterparts at Lasalle (Michael-employed at Lasalle) had unsecured personal loans with Avant.

5. Avant underwrites and processes loans for Web Bank an online lender that distributes loan money to approved consumers bank account. Avant's mission statement is "lowering the cost of borrowing" and has a target market of individuals rebuilding their credit scores without judgement of race, employment and status by non-traditional methods of applying electronically by computer. Avant's malicious discrimination against Kenneth's loan denial was unlawful because the managers identified from personal contact his African American ethnicity. Kenneth the only known applicant to have the loan money retracted after being approved because management was personally aware of Kenneth B. Thomas' ethnicity and failed to utilize the mandated credit score. The Avant policy eliminated current employees from applying not former.

**Response to Defendants Argument**

6. Vedder Price has been hired repeatedly as defendant counsel against the Plaintiff with attempts to slander this lawsuit with outside allegations from a separate case Thomas v Bridgeview Bank Group, 15 C 5708. Vedder Price claims pro se Plaintiff is a liar however on August 21, 2017 Application In Forma Pauperis from Honorable Rebecca Pallmeyer was granted to Kenneth as he motioned the case to be reinstated **(Exhibit F)**. Thomas v Bridgeview Bank was validated credible and issued the *"Right to Sue" March 26, 2015, by a federal government agency, the Equal Employment Opportunity Commission(EEOC).* The case was eventually dismissed, not because the claims weren't valid but Kenneth in haste made an error on the in forma pauperis application by resubmitting a prior application and not updating. Vedder Price used this mistake to poison and defame Kenneth's character. Parties are not supposed to go outside of pleadings. Facts are facts of particular case, except to slander Plaintiff 's character. Please refer to *Federal Rule 201 Judicial Notice* of adjudicative facts:

(a)This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(e)On timely request, a party is entitled to be heard on the propriety of taking judicial

notice and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard.

From sources Rule 201 of federal advisory committee notes that considered two proposed rules, adjudicated fact that is not subject to reasonable dispute that generally known can be determined. Adjudicated facts are facts of particular case.

The argument is not appropriate to claim judicial notice. The case referenced *Levy V. Hyatt Hotels Corp*, was under different circumstances then unsecured consumer loan. The Defendants aim is for the court to take judicial notice and slander the Plaintiff since he lost the case and isn't appropriate. Under rule 201 the Plaintiff should be noticed and entitled to be heard.

7. Kenneth received an approval email for the loan with a confirmed truth and lending agreement. The Plaintiff was then notified by snapchat, phone text, and Facebook messages that Avant employees shared Snapchat images of Kenneth's application throughout the company and numerous loan underwriters viewed since there was a tally system (**Exhibit G).**

8. Avant violated Pro Se Plaintiff Thomas' right to privacy under the Gramm-Leach-Bliley Act and subjectively denied his loan application failing to adhere to written Avant/WebBank consumer lending guidelines and policy. Their violations included: IRPWA (820 ILCS 55/) and the Illinois Personal Information Protection Act amendment, (815 ILCS 530, et seq., As a consumer and former employee Avant failed to protect his personal information to third party usage to include: his name/address, date of birth, social security #, protected class information, and credit score. According to the GLBA this considered "nonpublic personal information" as a consumer who applied. The Plaintiff's protected private facts were dispensed and publicized through personal text and personal media format Snapchat without authorization. And once trust information breech, Avant and WebBank failed to enact privacy protection and controls, or formally notify the Plaintiff in regard to inadvertently retrieved sensitive information compromise

4

which enables a third party to misuse, defame his character, and invade privacy. The Plaintiff did not work for Avant when the application was submitted and thereby a third party! The additional third parties included Avant employees not authorized to review information and shared with other Avant employees and outside possibly outside personnel. There are procedures where the application could have been locked by management preventing the share. Kenneth's personal information was kept in electronic format and data was shared in secure computer system between employees.

9.  Pro Se Plaintiff applied for the loan March 23, 2016 (**Exhibit B**). Genuine issue of material fact that Kenneth was not an Avant employee and had a confirmed loan contract. The loan was approved with a confirmed contract, email and truth and lending disclosure March 24, 2016 (**Exhibit H**). The funds were recalled from Avant March 24, 2016 and a blank notice of adverse action was sent to the Plaintiff (**Exhibit E**).

10. The correlating timeline that occurred to obtain the loan or settlement were taken with the Consumer Protection Finance Agency April 15, 2016 (**Exhibit I**). Avant replied to the CFPB stating under Web Bank policy employees are ineligible to apply for loans. Kenneth filed with Illinois Attorney General Office (**Exhibit J**) and attempts to mediate with Avant began September 6, 2017. Mediation failed with Attorney General Representative October 13, 2017. The Plaintiff continued due diligence in speaking with Avant and attorney at Law Tony Cox sent a notice to sue letter in 2018 (**Exhibit K**). Equitable tolling states "the statue of limitations will not bar a claim if the Plaintiff, despite effort, did not discover the injury until after the limitations period had expired". While Avant stalled negotiations to settle multiple times, this should have suspended the limitations to file after a certain date even though it was within the two year period.

    The statue of limitations didn't run out under Fair Credit Reporting Act (FCRA) by the Plaintiff completing his due diligence to settle with Avant by:
    a) filing with the ~~CPBA~~ CFPB
    b) FDIC
    c)Illinois office of the Attorney General

d) Attorney Notice to Sue Letter, (**Exhibit K).** The Plaintiff attempted to obtain relief under promissory equitable estoppel, "situation relied on the promise of another party, and because of the reliance is injured or damaged". The Plaintiff had an estoppel certificate in the truth and lending disclosure. An estoppel certificate is a written declaration signed by a party who attests, for the benefit of another party, to the accuracy of certain facts described in the declaration. The estoppel certificate prevents the party who signs it from later challenging the validity of those facts. Contest for equitable estoppel caused Avant to delay or the Plaintiff to file earlier since he attempted to negotiate.

11. Umang Desai, Avant' legal counsel, was used as a stall tactic. Umang agreed to speak to Kenneth's representative to case resolution however Umang's unwillingness to take allegations seriously, company travel schedule, failure to bargain in good faith, and speech impediment made it extremely difficult to confirm timely resolutions. Kenneth's alluded to resolution but in July 2018 when Umang came back from vacation he wasn't sincere in his efforts in a resolution to this matter and denied there was any allegation validity with clear evidence of infringement of Plaintiffs personal rights. The injury included invasion of privacy, breach of contract, informational harm and risk of harm. The breach of contract on Avant's side was a willful deliberate violation by management to stop the loan funding. 15 U.S.C. § 1681 implements willful noncompliance, If you can show that the CRA, information furnisher, or entity using the information willfully violated its obligations under the FCRA, then you may be entitled to recover up to all of the following damages:
-Basic Damages
- actual (provable) damages (no limit),"

12. Count 1- Violations of the Gramm-Leach-Bliley Act (GLBA) occurred by Web Bank and Avant's employees that shared Kenneth's private information to third parties, that included employee communication via Google chat, Snapchat, and Facebook. Plaintiff took a chance and had faith obtaining the loan with no repercussions since he was not employed and no policy prohibited applying and receiving funds. Web Bank and Avant

took advantage of Kenneth's information. The defendants didn't enforce a procedure to block Kenneth's application from employees picking apart his personal information that included social security number, phone number, address, credit score, bank statement, home address, income, etc. Avant being a "startup" company was frantic and had no compliance risk management tactic when the Plaintiff applied for the loan. According to Kenneth's former co-workers Avant had no right to deny his loan which resulted in group manager meetings discussing how to deny the loan after operations manager Akeisha Miles agreed to disperse the loan. GLBA section 15 U.S. Code § 6802 (d) Limitations on the sharing of account number information for marketing purposes:

*A financial institution shall not disclose, other than to*

*a consumer reporting agency, an account number or similar form of access number or*

*access code for a credit card account, deposit account, or transaction account of*

*a consumer to any nonaffiliated third party for use in telemarketing, direct mail*

*marketing, or other marketing through electronic mail to the consumer.*

The Plaintiff's privacy was compromised by Avant/ Web Bank and marketed electronically through third parties. According to the first of 3 sections of the GLBA The Financial Privacy Rule; regulates the collection and disclosure of private financial information. The Plaintiffs confidential information was collected and viewed by over 50 employees without his protection resulting in the benefit of Avant and their employees passing his application if it were a training memo. This is a clear violation of GLBA privacy act Safeguards rule. The Safeguards rule "requires institutions to develop a written information security plan that describes their program to protect customer information. Plans can and should be scaled to the company's size, complexity and the sensitivity of the information it collects.

13. FCRA Count 2- Violation of the Fair Lending Credit Regulation act occurred based discrimination on applicants race. The FDIC created the Consumer Financial Protection Bureau to verify any violation under the ECOA and Fair Lending Credit Act.

1. Statute of limitations requires FCRA lawsuits to be filed within two years after a consumer discovers a violation, or **five** years after a violation occurs. 15 U.S.C. § 1681p.

7

The original statue of limitation did not run since Avant's legal counsel was communication to negotiate with the Plaintiff from April 2016 until they stalled July 21, 2018 still within the statue of limitation 2-5 year period. Kenneth filed with the CFPB April 25, 2016 and no resolution was found based on Avant's response employees couldn't apply for loans. In Defendants motion to dismiss they claim the statue of time had run in April 25, 2018 but failed to state the right to sue letter that was sent by Attorney Tony Cox on March 20, 2018 **(Exhibit K)** before the *two* years of limitation ran.

2. The Plaintiff stated a viable claim under violation of FCRA regulation V. Regulation V is one of the regulations set forth by the Federal Reserve designed to implement the Fair Credit Reporting Act (FCRA). Regulation V applies to banks that are members of the Federal Reserve. Regulation V pertains to anyone who obtains and uses consumer credit information. Defendants obtained Kenneth's credit report to determine if he was credit eligible. After his credit report was verified by Avant's underwriter he was then denied the loan violating the FCRA, breach of contract and Regulation V. Avant and Web Banks' Notice of Adverse Action was blank that provided no basis on denying the loan. Kenneth's credit report alone should have granted the loan. The loan refusal has resulted in injury to the Plaintiffs personal information, trust in the financial world, and ability to pay debt.

14. Count 3- Violation Under the Equal Credit Opportunity Act (ECOA), it is unlawful for a lender to discriminate on a prohibited basis in any aspect of a credit transaction, and under the ECOA. The courts have recognized three methods of proof of lending discrimination under the ECOA and the FHAct: • Overt evidence of disparate treatment; • Comparative evidence of disparate treatment; and • Evidence of disparate impact. The Defendants used disparate treatment that determined Kenneth could not qualify for the loan even though white counter parts at Kenneth's employer Lasalle had loans with Web Bank serviced through Avant. Kenneth being a minority and it being known to Avant management resulted in disparate treatment and loan denial even after it was approved by contract. The Plaintiffs race is why the loan was denied and faith in the justice system to rectify this and future loans by minorities.

15. Count 4-Violation of UDAAP and provisions of the Dodd Frank Act. According to Dodd-Frank Act §§ 1031, 1036, 12 U.S.C. §§ 5531, 5536 : The Dodd-Frank Act prohibits conduct that constitutes an unfair act or practice. An act or practice is unfair when: (1) It causes or is likely to cause substantial injury to consumers; (2) The injury is not reasonably avoidable by consumers; and (3) The injury is not outweighed by countervailing benefits to consumers or to competition. The Plaintiff endured substantial injury by not receiving the loan and ability to pay off debt after the contracted loan was guaranteed. Defendants management targeted Kenneth as a minority and mislead him from the loan resulting in injury. UDAAP violations occurred when his information was shared within Avant's company as a training memo. According to UDAAP violation under : Revealing the consumer's debt, without the consumer's consent, to the consumer's employer and/or co-workers. (See below)

16. Count 5- Violation Truth and Lending Act Violation (TILA). The Truth In Lending Act violation arguably misinformed Plaintiff in contract of borrowing costs, Defendants reneged on the contract failing to inform Kenneth of the true cost or interest charges he would of endured. Regulation Z includes spelling out the amount of money loaned, the interest rate, APR, finance charges, fees and length of loan terms. Defendants clearly violated TILA and Regulation Z after recalling the money with a signed contract. In Defendants motion to dismiss they claim it's time barred and Kenneth failed to state a claim. However Kenneth attempted to rectify his loss with Avant by filing with CFPB (2016), speaking with FDIC representative (2016), negation with Avant legal counsel Umang Desai(2018) all within 3 years. This is highlighted as continued attempts to rectify injury and damages with Defendants. In regards to 3 year limitation of actions refer to 15 U.S.C. 1640 (e) Any action under this section with respect to any violation of this title may be brought in any United States district court, or in any other court of competent jurisdiction, before the end of the 3-year period beginning on the date of the occurrence of the violation. This subsection does not bar a person from asserting a violation of this subchapter in an action to collect the debt which was brought more than

(See, e.g., Compl. ¶¶ 24 & 30-31, FTC v. Cash Today, Ltd., 3:08-cv-590 (D. Nev. Nov. 12, 2008), available at http://www.ftc.gov/os/caselist/0723093/081112cmp0923093.pdf, (asserting that Cash Today engaged in unfair collection practices in violation of Section 5 of the FTC Act by, among other things, disclosing the existence of consumer's debt to employers, co-workers, and other third parties despite being told by consumers not to contact their workplaces); FTC v. LoanPointe, LLC., 2:10 CV 00225-DAK, 2011 WL 4348304, at *5 -6 (D. Utah Sept. 16, 2011) (finding that disclosure of existence

one year from the date of the occurrence of the violation as a matter of defense by recoupment or set-off in such action, except as otherwise provided by State law.

17. Count 6-Diversity Jurisdiction- Violation of Diversity Jurisdiction against Defendant Web Bank since headquartered and main location in Salt Lake City, Utah. Headquartered in Utah should allow this court to hear the case since Defendant is only a citizen of the state of Utah and provides loan products through Avant (Illinois Citizen) partnership. According to *Danjaq, S.A. v. Pathe Comm'ns Corp.*, 979 F.2d 772 (9th Cir. 1992), A corporation is treated as a citizen of the state in which it is incorporated *and* the state in which its principal place of business is located. Due to subject matter jurisdiction the Federal court of Illinois can hear this case since Kenneth is a citizen of Illinois and not Utah. With the loan being cancelled this left the Plaintiff with injury and liability to pay bills. According to the harm of the cancelled loan Kenneth's ability to make on time payments was deferred.

**Timeline**

March 21, 2016 Avant employment terminated
March 23, 2016 Kenneth applied for unsecured personal loan
March 24, 2016 Avant approval letter issued at 9:39 am
March 24, 2016, 2:39 pm Avant issued Notice of Adverse Action letter unlawfully rescinding the $9,900 loan
April 15, 2016 Kenneth filed with Consumer Protection Finance Agency (CPFB)
May 13, 2016 CFPB stated Avant provided partial response to complaint employees could not apply
June 8, 2016 Kenneth responded on CFPB online portal to Avant
November 25, 2016 Kenneth responded again on CFPB online portal
December 7 2016 Avant provided partial response
December 8, 2016 Avant responded on CFPB portal
December 14, 2016 Kenneth responded on CFPB portal
February 28, 2017 FDIC representative reached out to Kenneth about Avant violation
March 1- May 17, 2017 Kenneth spoke with FDIC
August 16, 2017 Illinois Office of the Attorney General received Kenneth's complaint
September 6, 2017 The Consumer Protection Division of the Attorney General responded that Avant will reach out regarding informal mediation
October 13, 2017 The Consumer Protection Division of the Attorney General responded Avant mediation attempts failed and the matter was not resolved. Recommended alternative Steps filing in court and hiring a private attorney
March 20, 2018 Notice to Sue sent to Avant

March 26, 2018 Avant legal counsel Umang Desai responded he would like to negotiate with Kenneth

June 27, 2018 Umang demanded power of attorney for Kenneth representative to speak about settlement negotiation

July 18, 2018 Umang stated former employees could not apply for loans with no paperwork to back this claim

October 9, 2018 Kenneth filed complaint in The United States Northern District of Illinois Eastern District

## Conclusion

The Plaintiff believes the Court should continue the case because of privacy breeched,

Defendants did not comply with federal laws and regulations there by subjecting me the Plaintiff

to discrimination.

Respectfully submitted,

Kenneth B. Thomas

6915 S Merrill

Chicago, IL 60649

Dated: March 18, 2019

11

 Inbox

**Exhibit A**

Ken Thomas <ken25049@gmail.com>

**LaSalle Network**

**Jacqueline Hyde** <JHyde@lasallenetwork.com>
To: ken25049@gmail.com <ken25049@gmail.com>

Tue, Apr 5, 2016, 12:29 PM

Dear Kenneth,

This letter is to follow up confirming your assignment at Avant has been terminated effective 03/21/2016.

It is our company policy that you contact us regarding your employment availability on a weekly basis. Anyone here can be a resource for you. If you don't want us to consider you for new opportunities, please notify us immediately.

If you have any further questions, please contact me.

Best,

Jackie

**Jacqueline Hyde**
Human Resources Assistant
p. 312.419.1700 | f. 708.995.3025
jhyde@lasallenetwork.com

**Get the latest management and career advice from our CEO, Tom Gimbel, here!**

 LaSalle Network

Chicago | Oak Brook | Arlington Heights | San Francisco
200 North LaSalle Street, Suite 2500 | Chicago, IL | 60601
lasallenetwork.com | lasallenetwork.com/lasalle-network-blog | twitter.com/LaSalleNetwork

*Recognized by Crain's Chicago Business as a 2014 & 2015 Best Place to Work & by Chicago Tribune as a 2014 and 2015 Top Workplace in Chicago*

*Nine time Inc. 500/5000 winner & five time Best Staffing Firm to Work For winner*

 Inbox

# Exhibit A

**Ken Thomas <ken25049@gmail.com>**

## Reply Required - Avant Assignment Ended

**Taylor Seletos** <TSeletos@lasallenetwork.com>
To: ken25049@gmail.com <ken25049@gmail.com>
Cc: Kristin Kania <KKania@lasallenetwork.com>

Wed, Mar 23, 2016, 4:36 PM

Hi Ken,

We tried to reach you a couple of times today regarding your assignment at Avant. Unfortunately, Avant has chosen to end your assignment effective immediately.

Do not report back onsite and do not contract anyone from Avant. **Please reply to this email or return our calls as soon as possible!**

Best Regards,

Taylor

**Taylor Seletos**
Project Manager, Customer Service
p. 312.419.1700 | f. 312.419.1715
tseletos@lasallenetwork.com

Get the latest management and career advice from our CEO, Tom Gimbel, here!

 LaSalle Network

Chicago | Oak Brook | Arlington Heights | San Francisco
200 North LaSalle Street, Suite 2500 | Chicago, IL | 60601
lasallenetwork.com | lasallenetwork.com/lasalle-network-blog | twitter.com/LaSalleNetwork

*Recognized by Crain's Chicago Business as a 2014 & 2015 Best Place to Work & by Chicago Tribune as a 2014 and 2015 Top Workplace in Chicago*

*Nine time Inc. 500/5000 winner & five time Best Staffing Firm to Work For winner*

 Inbox

# Exhibit B

**Ken Thomas <ken25049@gmail.com>**

## Welcome to Avant! Your Application Information

**Avant Support** <support@avant.mailgun.org>
Reply-To: <support@avant.com>
To: <ken25049@gmail.com>

Wed, Mar 23, 2016, 9:51 PM



Thank You for Choosing Us

Hi Kenneth,

You're just a few steps away from receiving the funds you want and getting the peace of mind you need. Click the button below to see your personalized loan offer. If you complete your application today, you could have the funds in your account by tomorrow!*



View Your Rates

Viewing your rates will not affect your FICO© Score

By finishing your application, you'll enjoy:

**No origination fees** on unsecured personal loans

**No prepayment penalties**

A chance to **improve your credit** with timely repayments

Already completed your application? Great! There's nothing else you

need to do right now, we'll be in touch.

**Have questions?**

Find answers to our most common questions here or contact our customer service representatives via email or chat.

The Avant Team

800-712-5407 - support@avant.com

**Exhibit B**

*Funds are generally deposited via ACH for delivery next business day if approved by 4:30pm CT Monday-Friday.*

*FICO is a trademark of Fair Isaac Corporation*

*Loans through the Avant website are made by WebBank, a Utah Industrial Bank, and by affiliates of Avant Inc. Loans offered by Avant in California will be made under California Finance Lenders License, #603K124.*

*© Copyright 2015 Avant, Inc. All rights reserved.*

*Avant 222 N. LaSalle St., Suite 1700 Chicago , Illinois 60601*
*View our privacy policy.*

# Exhibit B



# Exhibit C

 Inbox

Ken Thomas <ken25049@gmail.com>

## Congratulations! Your Avant Loan has been Approved

**Avant Support** <support@avant.mailgun.org>
Reply-To: <support@avant.com>
To: <ken25049@gmail.com>

Thu, Mar 24, 2016, 9:39 AM

Dear Kenneth Thomas,

Customer #59031780

Thank you for using Avant for your personal finance needs. Your loan has been approved and you will receive the funds directly into your bank account (ending in 3251) as soon as tomorrow.*

Principal Amount: $9,900.00

Funding Date: March 29, 2016

Interested in sharing your Avant experience? We'd love to hear what you have to say! Write an online review

* Funds are generally deposited via ACH for delivery next business day if approved by 4:30pm CT Monday - Friday. Funding may be delayed depending on your bank's processing capability.

If you have any questions, please contact our Customer Support team.
Monday - Friday from 7:00am - 10:00pm CT
Saturday - Sunday from 7:00am - 8:00pm CT
Phone: 800-712-5407
Email: support@avant.com
Chat: www.Avant.com (blue pop up box on bottom right of page)


*** Terms and Conditions Apply ***

Avant does not warrant that the content of this correspondence is error-free. For the most accurate and up to date information about your account and/or terms of use of Avant products please see your product agreement and/or your account information at www.Avant.com.

To ensure delivery of important updates from Avant, please take a moment to add support@avant.com to your email address book.

Customers with credit difficulties should seek credit counseling.


contract_1.pdf



**Exhibit D**

 

**Exhibit D**

Mar 24, 2016, 1:25 PM

So, you applied for a loan at avant? Lol

Mar 24, 2016, 2:41 PM

Who told u

Mar 24, 2016, 4:11 PM

Your app came up in the queue

Whaaaat

The app has been passed along I didn't touch it

Who all was on it

I'm not sure. I didn't work the app tbh.

How did you manage to do it? I

   

      

**Exhibit D**

> U can def apply

What? Really. I thought it was a thing that employees can't apply

Mar 25, 2016, 9:03 AM

> Avant fired me on Tuesday

DA Fuk

What?! Why cuz you applied for a loan

> No I did the later

Why would they do that? Did they tell you why? Ahh I'm so sorry to hear that! 😢 everyone is leaving

> They sent it in a email......

●●●○○ AT&T  LTE                    2:39 PM                    @ ⁀ ⁎ 49% ◼️▭

≡                          S                          **Exhibit D**



TODAY

u funny. u approved too.a whole bunch of managers on it tho



| Q | W | E | R | T | Y | U | I | O | P |
|---|---|---|---|---|---|---|---|---|---|
| A | S | D | F | G | H | J | K | L | |

⬆️  Z  X  C  V  B  N  M  ⌫

123  😀  🎤              space              Send

 

.ıl AT&T 📶                9:24 PM                1%

**Exhibit D**

u stay on the same block as my family too. I be over there all the time

> Haha y'all saw all my info!! I wonder how many ppl were on the app

> This block is wild

a lot. people was sending it to each other. Somebody sent it to me

> Lol

> Like u said I was approved tho

Yea thats why people were sending it around cus u were approved. so if u move forward with the pics, make sure u crop

  

      

‪‪l AT&T 📶     9:24 PM     1% ▯

      **Exhibit D**

Lol

Like u said I was approved tho

Yea thats why people were sending it around cus u were approved. so if u move forward with the pics, make sure u crop my info out

U know I got u. I'll never leave u out like that

I wonder how they denied it tho after

Well from what I saw, Craig Bennett pulled it and sent it to compliance then rejected it

I don't even know who that is.

Mar 30, 2016, 5:10 PM

   iMessage

      



**Exhibit D**

**Exhibit D**

> Who was the head of originations department manager

Right now it's Chris and Akshea. B4 them it was Mick (Michael)

> Who was the head that went n and denied my loan tho I thought it was the head of originations

I think that was Craig

> O never heard of him lol!!

He was in the other side

> O

 Inbox

# Exhibit E

Ken Thomas <ken25049@gmail.com>

## Notice of Adverse Action

<no-reply@avantcreditresolution.com>
Reply-To: <no-reply@avantcreditresolution.com>
To: <ken25049@gmail.com>

Thu, Mar 24, 2016, 2:37 PM

2016-03-24

WebBank

c/o Avant

222 N. LaSalle St., Suite 1700

Chicago, IL 60601

Kenneth Thomas

This letter is in response to your recent request for a WebBank loan offered through www.avant.com. Our records show that you applied for a loan with us on 2016-03-23.

After carefully reviewing your application, we are sorry to advise you that we cannot provide you with a loan at this time.

If you would like a statement of specific reasons why your application was denied, please contact the Application Review Manager shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

Avant

Attn: Application Review Manager

222 N. LaSalle St., Suite 1700

Chicago, IL 60601

Telephone: 1-800-712-5407

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address, and toll-free telephone number is shown below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file (if one was used) by contacting:"

TransUnion LLC

2 Baldwin Place

P.O. Box 1000

Chester, PA 19022

Telephone: 1-800-888-4213

# Exhibit E

We also obtained your credit score from TransUnion and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 769

Date: 2016-03-23

Scores range from a low of 300 to a high of 850

Key factors that adversely affected your credit score: "Length of time revolving accounts have been established, Proportion of loan balances to loan amounts is too high, Time since most recent account opening is too short, Too many accounts with balances"

If you have any questions regarding your credit score, you should contact TransUnion LLC at 2 Baldwin Place, P.O. Box 1000, Chester, PA 19022, Telephone: 800-888-4213.

Our credit decision may have been based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information."

Sincerely,

WebBank, Salt Lake City, Utah

FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE

**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

FDIC

Consumer Response Center

1100 Walnut Street, Box #11

Kansas City, MO 64106

**The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.**

# Exhibit F

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Kenneth B. Thomas,      )
                        )
              Plaintiff, )
                        )
        v.              )      No.   15 C 5708
                        )
Bridgeview Bank Group, et al,   )      Judge Rebecca R. Pallmeyer
                        )
                        )
              Defendants. )

## ORDER

Application for leave to proceed on appeal *in forma pauperis* [79] is granted.

ENTER:

Dated: August 21, 2017

_____
REBECCA R. PALLMEYER
United States District Judge

4

Kenneth Thomas - Google Chrome

Inbox (5) symphon...   ⚠ Kenneth Thomas   Ⓦ Wishful Thinking   Work Items Index

C   🔒 https://www.avant.com/admin2/loans/1653893/customer_details

≡ AVANT   Ready   ▼ 10:19

Kenneth Thomas   REJECTED

LOAN #1653893   INSTALLMENT
Product Details
Verification
Payments

CUSTOMER #59031780
Customer Details
Applications & Products
Work Items
Emails
Attachments
Reports

View All Workflows
Add Task...   🔍

## Customer Identity 🔧

| | |
|---|---|
| NAME | Kenneth Thomas |
| DATE OF BIRTH | 1988-10-28 |
| DECEASED | |
| SSN | *****2530 |
| AUTHORIZED USER | |
| ADDRESS | 6620 S Drexel #1 Chicago, IL 60637 |
| RENT OR OWN | Rent |
| TIME AT ADDRESS | 0-6 months |
| RETURNING CUSTOMER | |

## Contact Info

| | |
|---|---|
| EMAIL | ken25049@gmail.com |
| HOME PHONE | (630) 881-7678 📞 |

## Income Info

| | |
|---|---|
| MONTHLY NET INCOME | $2,141.51 |
| MONTHLY GROSS INCOME | |
| INCOME TYPE | Employed Non-military |
| PAY FREQUENCY | Weekly |

## Employer Info

| | |
|---|---|
| EMPLOYER | Lasalle Network |
| JOB TITLE | Specialist |
| TIME AT JOB | 7 months |

Shortcuts   Support Ticket   Feedback

workFlow - BP ....pdf   ■ giphy (5).gif



**Exhibit G**

# Exhibit H

## Loan Agreement and Promissory Note

**SECTION 20 OF THIS LOAN AGREEMENT AND PROMISSORY NOTE IS AN ARBITRATION PROVISION. IN THE EVENT OF A DISPUTE, THE ARBITRATION PROVISION WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS, INCLUDING YOUR RIGHT TO BRING OR PARTICIPATE IN A CLASS ACTION.**

Date of Loan: March 23, 2016

Loan No.: 1653893

**Lender/Creditor:**
Webbank
c/o Avant
222 N. LaSalle St., Suite 1700
Chicago, IL 60601

**Borrower:**
Kenneth Thomas
6620 S Drexel #1,
Chicago, IL 60637

## FEDERAL TRUTH IN LENDING ACT ("TILA") DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| **23.96%** | **$7209.97** | **$9900.00** | **$17109.97** |

**Payment Schedule:** You must make 59 monthly payments of $285.17, with the first payment due on Sunday, May 01, 2016, and each subsequent payment due on the same day of each month thereafter, and a final payment of $284.94 due on Thursday, April 01, 2021.

**Security:** Your Payment Authorization as set forth in Section 3(b) of this Note secures repayment.

**Late Fee:** If a payment is not paid in full within 10 days after its due date, you will be charged $25.00.

**Prepayment:** If you pay off early, either in full or partially, you will not have to pay a penalty.

See the remainder of this Note for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

## Itemization of Amount Financed

The Amount Financed of $9900.00 is itemized as follows:

$9900.00                        Amount given to you directly
$0.00                           Amount paid on your loan serviced by Avant

## ADDITIONAL PROVISIONS

**1. Parties, Status of Application; Further Steps Before Approval and Funding of Loan.**

WebBank, an FDIC-insured, state-chartered industrial bank headquartered in Salt Lake City, Utah, identified above as Lender/Creditor ("WebBank") is the lender of this loan. In this Loan Agreement and Promissory Note ("Note" or "Agreement"),

| SIGN IT. **Exhibit H** | (a) DO NOT SIGN THIS NOTE BEFORE YOU READ THE WRITING ABOVE, EVEN IF OTHERWISE ADVISED. |
|---|---|
| | (b) DO NOT SIGN THIS NOTE IF IT CONTAINS ANY BLANK SPACES. |
| | (c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN. |
| | (d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS NOTE. |

[I AGREE]

**Customer Signature:**
Name: Kenneth Thomas
Last 4 SSN: 2530
Signed At: March 23, 2016 21:52
Customer ID: 59031780
**SIGNATURE: fc50a6f2cfb9b7907f29e674f84e51724f596697**

**Notice to Arizona Borrowers:** You may request that the initial disclosures prescribed in the Truth in Lending Act (15 United States Code §§ 1601 through 1666j) be provided in Spanish before signing any loan documents.

**Aviso a solicitantes de prestamos en Arizona:** Tiene el derecho de solicitar la declaración de divulgación inicial prescribida en la legislación de Veracidad de Crédito (Truth in Lending Act-15 United States Code §§ 1601 through 1666j) en Español antes de firmar cualquier documento de prestamo.

 Inbox **Exhibit I** Ken Thomas <ken25049@gmail.com>

## FDIC Reply [SCC2016N-000426-0]

**FDIC STARSMail** <StarsMail@fdic.gov>                    Fri, Apr 15, 2016, 12:03 PM
To: ken25049@gmail.com <ken25049@gmail.com>

April 15, 2016

Ref. No: SCC2016N-000426-0

Re:     Avant Credit Corporation

Dear Mr. Thomas:

Thank you for contacting the Federal Deposit Insurance Corporation (FDIC). The FDIC's mission is to ensure the stability of, and public confidence in, the nation's financial system. To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933.

The Dodd-Frank Wall Street Reform and Consumer Protection Act created the **Consumer Financial Protection Bureau** (CFPB). Based on our review of the issues you raise in your correspondence, we believe your concerns should be referred to the CFPB for assistance. We have taken the liberty of forwarding your correspondence to the CFPB at the address below.

Sincerely,

## Consumer Response Center

Federal Deposit Insurance Corporation

Division of Depositor and Consumer Protection

1100 Walnut Street, Box #11

Kansas City, MO 64106

Fax number 703-812-1020

Consumer Response Center 800-378-9581

cc/enc: Consumer Financial Protection Bureau

P.O. Box 4503

Iowa City, IA 52244

AVANT

# Exhibit I

May 6, 2016

VIA CFPB PORTAL
Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, IA 52244

Re: Kenneth Thomas Consumer Complaint, Case No. 160425-001100

To Whom It May Concern:

We received a complaint filed by Mr. Kenneth Thomas with the Consumer Financial Protection Bureau (Case No. 160425-001100) regarding his application for credit from WebBank, a Utah Industrial Bank, member FDIC, via the Avant Platform, and the confidentiality of his personal information submitted during the application process.

At Avant, Inc. ("Avant"), we take consumer complaints very seriously and are constantly working to enhance the customer experience. Loans through the Avant Platform at www.Avant.com are originated via WebBank, which makes fully amortizing consumer installment loans—for personal, family or household purposes. Avant is an online lending platform that is working to lower the costs and barriers of borrowing for consumers. The Avant Platform is committed to delivering high quality professional services and providing a platform through which creditworthy consumers can gain access to credit.

WebBank and Avant at all times comply with applicable federal consumer finance laws, including but not limited to the Gramm-Leach-Bliley Act, and Fair Credit Reporting Act, requirements regarding customer information safety and security, and the Federal Equal Credit Opportunity Act which prohibits creditors from unlawfully discriminating against credit applicants.

Avant welcomes this opportunity to respond to Mr. Thomas' allegations. Avant has thoroughly investigated Mr. Thomas' complaints and denies all allegations relating to confidentiality of customer nonpublic personal information and discrimination. In addition, this response provides Mr. Thomas with the specific reason(s) for the denial of his credit request in accordance with applicable law.

## Confidentiality of Customer Information Allegations

Response:

Avant has investigated Mr. Thomas' allegation regarding the confidentiality of his loan request, and we have not discovered any evidence of his nonpublic personal information being misused.

Explanation:

Please be advised that Avant has detailed policies regarding the confidentiality of customer information that is required in compliance with federal laws, including but not limited to the Gramm-Leach-Bliley Act, and Fair Credit Reporting Act. Avant maintains

# Exhibit I

AV🛆NT

policies and procedures, as well as administrative, technical, and physical safeguards, to protect the security, confidentiality, and integrity of customer information. All employees are required to maintain the confidentiality of customer information, and are trained on company policies and the law. Avant's safeguarding program is designed to ensure the security and confidentiality of customer information and protect against unauthorized access to or use of such information that could result in substantial harm or inconvenience to any customer. Avant regularly assesses the sufficiency of all safeguards in place to control information risks.

**Discrimination allegations**

Response:

WebBank, member FDIC, has policies and procedures in place making ineligible all persons having been employed at Avant to receive WebBank loans via the Avant Platform. WebBank, member FDIC, declined Mr. Thomas's application for credit because of his employment relationship with Avant.

Explanation:

On March 23, 2016, Mr. Thomas' employment assignment at Avant terminated. Also on March 23, 2016, the day his assignment was terminated, Mr. Thomas submitted a loan request inquiry to WebBank, FDIC insured, via www.Avant.com. As a result of that inquiry, Mr. Thomas was preliminarily approved for a loan from WebBank, subject to final verification of the application information. On March 24, 2016, as part of the standard employee verification check, Mr. Thomas' loan request was declined in accordance with WebBank's position that persons having been employed at Avant with access to proprietary information are ineligible for credit. As a result, Mr. Thomas was sent a notice of adverse action.

WebBank and Avant go to great lengths to ensure a transparent and customer-focused experience. We trust this response gives Mr. Thomas the specific reasons for his denial of credit and addresses all of his questions and concerns. If Mr. Thomas has any additional questions or comments, please instruct him to contact the Avant Compliance Department directly at Compliance@Avant.com.

Sincerely,

Avant Compliance Department
222 N. LaSalle St., Ste. 1700
Chicago, IL 60601
Compliance@Avant.com

# Exhibit J



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

September 8, 2017

Kenneth Thomas
6620 South Drexel
Chicago, IL 60637

Re: Avant
File No: 2017-CONSC-00057917

Dear Mr. Thomas,

The Consumer Protection Division of the Office of the Attorney General has received your consumer complaint. A copy of your complaint has been forwarded to the above named business for its review and response.

The business may contact you about a possible settlement after it receives our letter. We encourage you to consider any reasonable offer. If the business responds directly to our office, a copy of its response will be mailed to you.

This is an informal mediation process. We are unable to represent private citizens in legal disputes.

Please direct all correspondence to my attention, Office of the Attorney General, Consumer Protection Division, Consumer Fraud Bureau, 100 West Randolph Street, 11th Floor, Chicago, IL 60601. Please reference your file number on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Brandi Ward*

Brandi Ward
Citizen's Advocate
Consumer Protection Division
(312) 814-3874

me

# Exhibit J



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

October 13, 2017

Kenneth Thomas
6620 South Drexel
Chicago, IL 60637

Re: Avant
File No: 2017-CONSC-00057917

Dear Mr. Thomas:

I have reviewed all of the information and correspondence concerning your complaint. The matter has not been resolved and attempts at informal mediation have failed. Since formal enforcement action by this office is not warranted, we are closing your file at this time. Your file will be retained by this office. One of the most valuable ways we can learn of problems existing in the market place is by receiving complaints from concerned citizens.

If you wish to pursue this matter further, the following alternatives are suggested:

(a) Discuss the matter with a private attorney.

(b) Taking the matter to Small Claims Court.

Thank you for taking the time to express your concerns.

Sincerely,

ATTORNEY GENERAL
State of Illinois

Urandi Ward

Urandi Ward
Citizen's Advocate
Consumer Protection Division
(312)814-3874

**Exhibit K**

**Emmanuel Services**
5233 West Lexington Street, Chgo, IL 60644
Fax#773.413.7444 Ph#312.330.6351
*Office of 24th Ward Independent Committeeman*
*ANTONNECOX@YAHOO.COM*

March 20, 2018

**Re: Notice to Suit**

Plaintiff

Kenneth Thomas

6620 South Drexel
Chicago, IL 60637


     vs.

Avant
221 North LaSalle St. Ste.1700
Chicago, IL 60601

Please be advised that on March 26, 2018 at 9:30 a.m. this office will file suit in the name of Kenneth Thomas for damages and breach of trust for failure to negotiate a fair and an impartial manner with the Illinois Attorney General.

This action is being taken to recover the maximum allowed in the Cook County Small Claims Court. Although the money damages may be capped at $15,000. We will file motions for discovery for all financial records, emails, call logs, and the names and documents of all personnel involved in the decision making connected to Mr. Kenneth Thomas and Avant.

In closing should your office decide on formal meditation we will be happy to consider such a suggestion.

Thank you,

Antonne Cox

Cc: Lisa Madigan's Office of Attorney General of Illinois
    Kenneth Thomas