

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRCT OF ILLINOIS**

**EASTERN DIVISION**

**FILED**

APR 11 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

-------------------------------------------------------- X

Kenneth B. Thomas,

        Petitioner (Pro Se Plaintiff)  :    Index No.:18-CV-06021

                :

     v.               :    Honorable John J. Tharp, Jr.

                :

Avant, Web Bank         :    Magistrate Judge Young B. Kim

        Defendant(s).     :

                :    <u>COMPLAINT</u>

                :

                :    <u>JURY TRIAL DEMANDED</u>

-------------------------------------------------------- X

**<u>FIRST AMENDED COMPLAINT INSTANTER</u>**

Plaintiff (Pro Se Petitioner) Kenneth B. Thomas commences this action against Avant and Web Bank (collectively, "Defendants"), to seek redress for the appalling discrimination he suffered after applying for an unsecured personal loan and hereby allege as follows:

JURISDICTION AND VENUE

1. Jurisdiction is proper in this Court under 28 U.S.C. § 1331 as this case arises under the Constitution and laws of the United States. This Court is authorized to issue a declaratory judgment under 28 U.S.C. §§ 2201 and 2202.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the Administrator resides in Illinois and a substantial portion of the events giving rise to this action occurred within this judicial district.

3. Plaintiff alleges violations of his rights under the Equal Credit Opportunity Act (ECOA) of 1974 Regulation B, State Fraud, Illinois Privacy Act 815 ILCS 53015, and Illinois Consumer Fraud & Business 815 ILCS 505.

4. Venue is proper in this district because Avant Defendant is located in the Northern District of Illinois. The Court has personal jurisdiction over Defendants pursuant to Civil Practice Law and Rules ("CPLR") because Defendants Avant and Web Bank an Illinois entity authorized to conduct business and have their

1

principal business located at 222 N. LaSalle Street Suite 1700 Chicago, IL 60601. Web Bank employs hundreds of individuals throughout the United States of America.

## PARTIES

5. Plaintiff is a citizen of the State of Illinois; Defendant Avant is a corporation headquartered and incorporated in Chicago, Illinois. Defendant Web Bank is headquartered in Salt Lake City, Utah and licensed to authorize and regulate companies that make consumer installment loans of a principal amount not exceeding $75,000 in Illinois.

## DIVERSITY JURISDICTION

6. Diversity Jurisdiction states a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business, except that in any direct action against the insurer of a policy or contract of liability insurance, whether incorporated or unincorporated, to which action the insured is not joined as a party-defendant, such insurer shall be deemed a citizen of every state and foreign state by which the insurer has been incorporated. Defendants Avant and Web Bank are both incorporated businesses in the Illinois.

## DEFENDANT'S LOAN APPLICATION PROCESS

7. Defendants offer unsecured and secured personal loans through Avant.com. Avant controls the process of advertising, marketing, outgoing calls, incoming calls, calculating income verification, credit worthiness and underwriting the application to full completion electronically. Once the loan has been approved with a signed contract the loan is then wired overnight from Web Bank's account into the consumers personal bank account via ACH. Avant's mission statement is "lowering the cost of borrowing" and has a target market of individuals rebuilding their credit scores without judgement of race, employment and status by non-traditional methods of applying electronically by computer. Defendants misled the Plaintiff about the loan transfer and "Congratulations" approval via email and Truth and Lending Agreement.

## FACTS

8. March 23, 2016 Plaintiff applied for an Avant Loan #59031780 and was approved with a confirmed signed contract March 24, 2016 for $9,900 by email (Exhibit A).

9. The Plaintiff was a former Avant (Defendant) employee and only applied after his temporary employment contract was severed March 21, 2016 (Exhibit B). However, after the loan approval, the next day the Plaintiff was denied and sent a Notice of Adverse Action (Exhibit C) that afternoon stating, "we are not able to provide a loan at this point with your credit score of 769".

10. The Defendants mission statement is lowering the cost of borrowing for all customers, however as a former employee with a 769 credit score the Plaintiff was approved and later denied! Plaintiff was not the customer Defendants want! The fact that Avant's management knew the Plaintiff personally, which included his ethnicity, they circumvented the electronic objectivity application process which led the upper management staff to override the approval and subsequently deny the loan even though the Plaintiff was more than qualified.

11. Not only did the Plaintiff meet initial credit approval requirements but also was approved for a final amount of $13,300! But after management's in-depth scrutiny of his application they decided to manually reject the loan even though he worked as a former origination specialist and processed loans that were approved with credit scores under 650.

12. This type of attention is unprecedented for an Avant electronic consumer loan. The Plaintiff can only ascertain that the denial is evidence of disparate treatment as a LaSalle employee that was white had an unsecured Avant loan. Kenneth was more than qualified, and the denial after approval is an illegal action that breaks laws to protect consumers! Avant's management utilized a conflict of interest resulting from the Plaintiffs prior LaSalle Network Avant temporary staffing agency position.

13. Avant's management continuously fired large minorities groups prior to full-time employment conversion to Avant employees with benefits. Avant intentionally misled temporary employees to believe full time employment was attainable

3

whereas this tactic was utilized for a fluid staffing relationship. Group meetings were held in mass to fire mostly African American employees from temporary work agencies.

14. Client confidentiality was important, but Avant's management failed to maintain the Plaintiffs application's confidential information. As a tech "startup company" no compliance policy team was in place for high risk situations. The Plaintiffs former Avant colleagues passed around his application as if it were a training memo! Numerous employees viewed the application for their personal entertainment and inspected the plaintiff's personal information including credit score/history, phone number, bank information, address, last four of his social security number, etc. After his approval, the Plaintiff was notified by Defendants present and former coworkers about the approval and employees that photographed his personal information on social media app Snapchat (Exhibit D)! This is not rumored but factual information and a definite confidentiality breech! Defendants were aware of Federal laws in place to protect and secure the Plaintiffs financial information but failed to do so causing "risk and harm" to his financial circumstances.

15. According to the FDIC Web Bank lawsuit as far as liability, Avant is just a third-party technology partner that services loan applications and Web Bank distributes the funding. Web Bank is the true originator of the loan provided to the Plaintiff. Web Bank quoted FDIC law for third party lending in Case 1:17-cv-00786 PAB,

   a. "Web Bank retains some of the loans that it originates. It sells many of its loans to various partners, and contracts with those partners, including Avant, to service the loans on Web Bank's behalf. In each of these lending programs, Web Bank originates the loan through a contract that Web Bank makes directly with the consumer. These consumer contracts clearly state that Web Bank is the lender. Web Bank holds each loan for a period of time and may sell the loan to one of its partners. When Web Bank sells a loan, Web Bank may retain some portion of economic interest in the performance of the loan, which Web Bank receives as a monetary payment if and as the loan is repaid. Web Bank also bears continuing

4

regulatory accountability for each loan. Web Bank works with partners to expand the scope of the financial products it is able to deliver to borrowers. Each of Web Bank's marketing and servicing partners is a technology-focused company, with expertise in developing and implementing technology that markets and facilitates the origination of loans. Web Bank, for its part, has expertise in monitoring and oversight of lending programs—particularly maintaining compliance with the complex set of laws that govern credit programs—both at the time when it makes a loan and when the loan is being serviced. Working with its marketing and servicing partners, Web Bank is able to draw upon the complementary expertise of its partners to offer loan programs that, acting alone, it could not offer independently. Moreover, by selling loans that it originates, Web Bank is able to expand significantly the scope of its lending programs as compared to what it could offer if it had to retain all of its originated loans on its own balance sheet."

b.  "Web Bank even backed their claim of third-party servicing from an FDIC article; "Within the past year, the FDIC also has proposed targeted examination guidance for "third-party lending." See Proposed Examination Guidance for Third-Party Lending, FIL-50- 2016 (July 29, 2016).14 The FDIC defined "third-party lending" as an arrangement between the bank and another party where the other party performs "a significant aspect of the lending process, such as some or all of the following: marketing; borrower solicitation; credit underwriting; loan pricing; loan origination; retail installment sales contract issuance; customer service; consumer disclosures; regulatory compliance; loan servicing; debt collection; and data 14 Available at https://www.fdic.gov/news/news/financial/2016/fil16050a.pdf. Case 1:17-cv-00786-PAB Document 1 Filed 03/28/17 USDC Colorado Page 22 of 32 23 collection, aggregation, or reporting." The FDIC explained that, in some arrangements, the bank does not retain the loans, "but rather holds the loan for only a short period of time before selling it to the third party . .

. ." These arrangements use "the institutions' ability to export interest rates."

c. "Avant operates as a technology service provider to Web Bank in the origination process, providing an online platform through which Web Bank is able to receive loan applications and make fully amortizing consumer installment loans for personal, family, or household purposes pursuant to Web Bank's credit policy, in amounts ranging from $1,000 to $35,000, with loan terms ranging from two years to five years, and with maximum annual percentage rates not exceeding 36%. With respect to those loans purchased by Avant from Web Bank, Avant maintains some of those loans for its own investment, places some of those loans into securitizations where interests are sold to third-party investors and sells some whole loans directly to third-party investors. Web Bank today, and at all times since August 1, 2016, retains an economic interest in all loans originated through the Avant platform, and is entitled to a portion of the borrower payments. Web Bank also retains an interest in ensuring that all loans are serviced and collected in compliance with laws because Web Bank's regulators hold it responsible for that activity, even when it has sold a loan."

Kenneth Thomas was approved based on his 769 credit score! However, was later denied because management knew he was African American that is in violation of the Equal Credit Opportunity Act and based denial on subjective opinions as opposed to their electronic objectivity platform. The Equal Credit Opportunity Act (ECOA), B (12 CFR 202), prohibits discrimination in any aspect of a credit transaction…

16. Working at Avant Kenneth processed loan applications with a lower credit score models and annual income that had been approved. Defendants targeted Kenneth out of numerous Avant clients and denied his loan after he had been specifically approved and met Web Bank qualifications.

17. The Plaintiff was treated different because Avant's management was aware he's a minority, and other Avant's customers can't be identified when applying and processing their loans because of their electronic application platform. The determination used to deny his loan contract is illegal listed in the Equal Credit Opportunity Act (ECOA) of unfair and deceptive practices and predatory lending (flipping).

18. April 25, 2016 Plaintiff filed with the Consumer Financial Protection Bureau (Exhibit E) and Defendants Compliance officer Patrick Bode responded stating Web Bank employees could not apply for personal unsecured loans. The Plaintiff never signed a contract that stated after employment was severed a loan could not be submitted.

19. The Plaintiff is aware Avant has detailed policies regarding customer confidentiality information that is required in compliance with federal laws, including but not limited to the ECOA. He is aware that active employees are ineligible for credit not former employees.

20. There were no Avant written or spoken guidelines that former employees were excluded or ineligible for credit lines during my employment with Avant. Kenneth was never informed nor my coworkers that former employees at Avant to receive Web Bank loans via the Avant Platform were ineligible once employed by Avant. Plaintiff submitted his Avant loan application after the employment contract was severed and loan was approved.

21. Kenneth was legitimately approved for a loan and application passed for a $9,900 approval but subsequently underwriting automatically increased the loan to over $13,300 with his credit score over 760. As a former financial industry employee denying his loan is illegal since he met initial credit score qualifications, debt to income ratio, repayment history, and the state that he resides in.

22. Craig Bennett, head of Avant originations loan department blocked the loan process, recalling the funds from the Plaintiffs bank account against federal wire regulation. I, the Plaintiff believe this disparate treatment is based on race. Defendants had an identical loan applicant with the same qualifications applied

7

there would have been no issues. This loan denial is subjective and not objective, based on the criteria.

23. Avant's Compliance Department officer Patrick Bode drafted a letter stating the obvious policies that are not adhered companywide and their letter's intent is to mislead. Their hiring practices are misleading as well as deceptive.

24. Avant's response from Patrick Bode was completely inaccurate. Kenneth signed two employee Avant contracts on September 1 and November 9, 2015 that failed to detail post employment loan applications from Web Bank or Avant. When Avant contracted his employment, technically his employer was LaSalle Network temp agency that had white employees with current Avant loans.

25. The Plaintiff has proof that his personal information including credit scores were shared on social media Snapchat, from an Avant employee screen shot. Avant can also review the number of employees that viewed his specific application on their software portal. Speaking with former Avant employees, knowledge of Akeisha Miles, Avant Operations Manager approved the loan after it was reviewed however her superior Craig came in afterwards to rescind the ACH wire and remove approval. Avant never provided any documentation that supports their previous Avant or Web Bank statements. Avant's statements are false, inaccurate, and their actions discriminatory.

26. The facts are: Kenneth's personal and confidential information was compromised; Avant's loan practices are illegal and hiring practices deceptive.

27. August 16, 2017 Kenneth filed a complaint with the Lisa Madigan Illinois Attorney General and received a right to sue letter (Exhibit F).

28. March 20, 2018 Kenneth had legal representative issue a right to sue letter to Avant (Exhibit G).

29. March 2018 Avant's legal representative Umang Desai began discussion to find a resolution and settle the complaint. No tolling agreement was presented by Avant or Web Bank legal counsel. The Plaintiff had no knowledge or existence of a tolling agreement and Defendants took advantage of the consumer's rights. Umang agreed to speak to Kenneth's representative for case resolution however Umang's unwillingness to take allegations seriously, his alleged company travel

schedule, failure to bargain in good faith, and speech impediment made it extremely difficult to confirm timely resolutions. Avant was unethical and fraudulent, approving then recalling the loan by email on March 24, 2016. Kenneth's alluded to resolution but in July 2018 when Umang came back from vacation he wasn't sincere in his efforts to seriously resolve this matter and denied there was any allegation validity with clear evidence of Plaintiffs personal rights infringement. However the discussion stalled once again after Umang referenced Web Bank issued loans could not be given to active employees. Defendants attempted to extend negotiation so Plaintiff would loose his legal right to sue. The injury included invasion of privacy, breach of contract, informational harm and risk of harm. The breach of contract on Avant's side was a willful deliberate violation by management to stop the loan funding.

## COUNT 1

### (Equal Credit Opportunity Act (ECOA) of 1974 Regulation B)

30. The Equal Credit Act sets fourth guidelines in a private right of action "The ECOA creates a private right of action against a creditor, who "discriminate[s] against any applicant, with respect to any aspect of a credit transaction . . . on the basis of race, color, religion, national origin, sex or marital status, or age." 15 U.S.C. § 1691(a). The ECOA makes it unlawful for a creditor to discriminate against an applicant "with respect to any aspect of a credit transaction." 15 U.S.C. 1691(a). To establish a prima facie case of discrimination under the ECOA in these circumstances, Kenneth established that others not in his protected class were treated more favorably from Lasalle with approved loan from Avant/ Web Bank.

31. Avant and Web Banks' discrimination held Kenneth to a different policy of processing the loan, in violation of ECOA, 15 US Code 1691 (a) 1. Defendants process was not legitimate. As a result Plaintiff has suffered injury directly and indirectly. Kenneth is a victim from Avant and Web Banks discrimination policies under ECOA 15 USC 1691 (e). Injury included a credit score drop, hindered ability to qualify/ obtain for credit(loans, credit cards), and time/ energy in rectifying personal data being leaked.

9

32. Kenneth's communication between Avant Legal representative Umang Desai were timely brought within the general ECOA two-year statute of limitations with no tolling agreement by Avant or Web Bank.

33. Plaintiff reiterates every allegation in each paragraph above.

34. The ECOA Prohibits creditors from discriminating against applicants on the basis of age, race, color, religion, national origin or receipt of income from a public source. Defendants discriminated against the Plaintiff on the basis of race and ethnicity and caused disparate treatment with processing the loan.

35. An Award of reasonable compensation.

COUNT 2

(Illinois Privacy Act 815 ILCS 530/5 )

36. Kenneth's non public information was not protected by Avant management or computer servers that resulted in access company wide. Avant's intentional negligence resulted in the Plaintiffs information leaked by their employees. Privacy of consumer financial information was breeched by Defendants According to the Illinois Privacy Act 815 ILCS 530/5 that governs the treatment of nonpublic personal information about consumers by financial institutions. Defendants passed around the Plaintiffs personal information throughout the company and it was photographed. Avant left Kenneth's application in the underwriting servicing que that had a note stating " do not work application". Kenneth's information being left in the open was left for a vulnerable data breech.

37. According to the Illinois Privacy Act 815 ILCS 530/ 5;

"Breach of the security of the system data" or "breach" means unauthorized acquisition of computerized data that compromises the security, confidentiality, or integrity of personal information maintained by the data collector. "Breach of the security of the system data" does not include good faith acquisition of personal information by an employee or agent of the data collector for a legitimate purpose of the data collector, provided that the personal information is not used for a purpose unrelated to the data collector's business or subject to further unauthorized disclosure.

38. Plaintiff reiterates every allegation in each paragraph above.

39. The direct and proximate results of Defendants' breech of security violation of The Privacy Act, Plaintiff suffered and continue to suffer mental anguish, and emotional distress, for which he is entitled to an award of damages.

40. Defendants' treatment of Plaintiffs non public information was malicious and willful violation of The Illinois Privacy Act for which the Plaintiff is entitled to an award of Punitive damages.

41. An Award of reasonable compensation.

COUNT 3

(Illinois Fraudulent Concealment &

Illinois Consumer Fraud & Deceptive Business Act 815 ILCS 505)

42. Avant and Web Bank's signed confirmed contract was in good faith by the Plaintiff since he met all requirements. However Avant and Web Bank misrepresentation of rescinding the funds after released was fraudulent! Not only were their actions fraudulent by they intended to deceive the Plaintiff after he received a congratulations confirmed contract email. Defendants failed to omit a reason in the adverse action letter.

43. Illinois Statue Chapter 735 Civil Procedure §13-215 Fraudulent concealment states, If a person liable to an action fraudulently conceals the cause of such action from the knowledge of the person entitled thereto, the action may be commenced at any time within 5 years after the person entitled to bring the same discovers that he or she has such cause of action, and not afterwards.

44. Umang Desai, Avant' legal counsel, was used as a stall tactic. Umang agreed to speak to Kenneth's representative to case resolution however Umang's unwillingness to take allegations seriously, company travel schedule, failure to bargain in good faith, and speech impediment made it extremely difficult to confirm timely resolutions. Kenneth's alluded to resolution but in July 2018 when Umang came back from vacation he wasn't sincere in his efforts in a resolution to this matter and denied there was any allegation validity with clear evidence of infringement of Plaintiffs personal rights. The injury included invasion of privacy, breach of contract, informational harm and risk of harm. The breach of contract

11

on Avant's side was a willful deliberate violation by management to stop the loan funding.

45. Fraud may be established where a party acted in culpable ignorance as to the truth or falsity of the assertion. Perlman v. Time, Inc., 64 Ill.App.3d 190, 380 N.E.2d 1040, 1045; 20 Ill.Dec. 831, 836 (1st Dist.1978).

46. This hasn't been the first time Web Bank's and its partner have been accused of deceiving consumers and falsely promising loans. According to the Federal Trade Commission complaint against Lending Club Federal Trade Commission v. Lending Club Corporation case no. 3:18-cv-024540 JSC, Lending Club falsely promises consumers that they will receive a specific loan amount with "no hidden fees" when, in actuality, the company deducts hundreds or even thousands of dollars in hidden up-front fees from the loans. The FTC also alleged that Lending Club tells consumers they are approved for loans when they are not, takes money from the consumers' bank account without authorization, and has failed to provide required privacy notices."

47. Avant and Web Bank lied about the loan service they would provide to Kenneth the consumer/Plaintiff violating the Illinois Consumer Fraud & Deceptive Business Act 815 ILCS 505. Defendants provided an adverse action notice to the plaintiff with an omission of material with no basis for the loan recall and denial. The act of deception was defendant's intent and to harm the plaintiff.

48. Plaintiff reiterates every allegation in each paragraph above.

49. Defendants discriminated against the Plaintiff based on his race since they knew him and did not offer equal terms.

50. The deceptive practice affected the Plaintiff and he continues to suffer economic harm from the loan denial

51. An Award of reasonable compensation.

## COUNT 4

### (Negligence)

52. Avant violated Kenneth's privacy and their obligation to keep his information secure. This was a blatant violation of tort and breach of contract rescinding the wire to his bank account. Their failure caused "Risk of harm" and failed to protect

personal information from data breech. Private Right of Action entitled under CFDB Act allows "any person who suffers actual damages" to bring civil action (815 ILCS 505).

53. Privacy right of action was enacted to promote fairness and accuracy and to protect the privacy of consumers.

54. Defendant(s) unfair loan process was subject to the Plaintiff only.

COUNT 5

(Utah Consumer Sales Practices Act 13-11-1)

55. Web Bank has violated Utah Consumer Sales Practice Act according to the purpose, "to protect consumers from suppliers who commit deceptive and unconscionable sales practices; (3) to encourage the development of fair consumer sales practices"

56. Plaintiff reiterates every allegation in each paragraph above.

57. Defendants unfairly targeted and scrutinized the Plaintiff that was not equal to other loan applicants. Plaintiff was not informed the true cost or harm the application would do after it was submitted.

58. An Award of reasonable compensation.

13

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays that the court enter judgment in his favor against Defendants, containing the following relief:

a. A declaratory judgment that the actions, conduct and practices of Defendants complained as stated above violates the laws of the State of Illinois and Federal of The United States of America.

b. An award of damages in an amount to be determined at trial, plus pre-judgment interest, to compensate Plaintiff for all monetary and economic damages

c. An award to be determined at trial, plus pre-judgment interest to compensate for all non-monetary and or compensatory damages including but not limited to compensation for mental anguish and emotional distress, humiliation, embarrassment, stress and anxiety, loss of self-esteem, self-confidence, personal dignity, emotional pain and suffering, and any other physical and mental injuries.

d. An award of damages to be determined at trial, plus pre-judgment interest to compensate Plaintiff for harm to their professional and personal reputation and loss of career fulfillment.

e. An award of punitive damages

f. An award of costs the Plaintiff has incurred in this action as well as Plaintiffs reasonable court fees to the fullest extent permitted by law

g. Other further relief the court may deem just and proper

<u>JURY DEMAND</u>

Plaintiff hereby demands a trial by jury on all issues of fact and damages stated.

Dated: April 11, 2019

Chicago, Illinois

Respectfully submitted,

Kenneth B. Thomas

Ken25049@gmail.com

Telephone: (630) 881-7678

Pro Se

# Exhibit A

 Ken Thomas <ken25049@gmail.com>

## Congratulations! Your Avant Loan has been Approved

**Avant Support** <support@avant.mailgun.org>
Reply-To: support@avant.com
To: ken25049@gmail.com

Thu, Mar 24, 2016 at 9:39 AM

Dear Kenneth Thomas,

Customer #59031780

Thank you for using Avant for your personal finance needs. Your loan has been approved and you will receive the funds directly into your bank account (ending in 3251) as soon as tomorrow.*

Principal Amount: $9,900.00

Funding Date: March 29, 2016

Interested in sharing your Avant experience? We'd love to hear what you have to say! Write an online review

* Funds are generally deposited via ACH for delivery next business day if approved by 4:30pm CT Monday - Friday. Funding may be delayed depending on your bank's processing capability.

If you have any questions, please contact our Customer Support team.
Monday - Friday from 7:00am - 10:00pm CT
Saturday - Sunday from 7:00am - 8:00pm CT
Phone: 800-712-5407
Email: support@avant.com
Chat: www.Avant.com (blue pop up box on bottom right of page)

*** Terms and Conditions Apply ***

Avant does not warrant that the content of this correspondence is error-free. For the most accurate and up to date information about your account and/or terms of use of Avant products please see your product agreement and/or your account information at www.Avant.com.

To ensure delivery of important updates from Avant, please take a moment to add support@avant.com to your email address book.

Customers with credit difficulties should seek credit counseling.

---

 **contract_1.pdf**
89K

**Loan Agreement and Promissory Note**

# SECTION 20 OF THIS LOAN AGREEMENT AND PROMISSORY NOTE IS AN ARBITRATION PROVISION. IN THE EVENT OF A DISPUTE, THE ARBITRATION PROVISION WILL HAVE A SUBSTANTIAL EFFECT ON YOUR RIGHTS, INCLUDING YOUR RIGHT TO BRING OR PARTICIPATE IN A CLASS ACTION.

Date of Loan: March 23, 2016                                    Loan No.: 1653893

**Lender/Creditor:**                                            **Borrower:**
Webbank                                                        Kenneth Thomas
c/o Avant
222 N. LaSalle St., Suite 1700
Chicago, IL 60601

## FEDERAL TRUTH IN LENDING ACT ("TILA") DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 23.96% | $7209.97 | $9900.00 | $17109.97 |

**Payment Schedule:** You must make 59 monthly payments of $285.17, with the first payment due on Sunday, May 01, 2016, and each subsequent payment due on the same day of each month thereafter, and a final payment of $284.94 due on Thursday, April 01, 2021.

**Security:** Your Payment Authorization as set forth in Section 3(b) of this Note secures repayment.

**Late Fee:** If a payment is not paid in full within 10 days after its due date, you will be charged $25.00.

**Prepayment:** If you pay off early, either in full or partially, you will not have to pay a penalty.

See the remainder of this Note for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

## Itemization of Amount Financed

The Amount Financed of $9900.00 is itemized as follows:

$9900.00                                Amount given to you directly
$0.00                                   Amount paid on your loan serviced by Avant

## ADDITIONAL PROVISIONS

**1. Parties, Status of Application; Further Steps Before Approval and Funding of Loan.**

WebBank, an FDIC-insured, state-chartered industrial bank headquartered in Salt Lake City, Utah, identified above as Lender/Creditor ("WebBank") is the lender of this loan. In this Loan Agreement and Promissory Note ("Note" or "Agreement"),

the words "you," "your" and "Borrower(s)" mean the Borrower(s) identified above. The words "we," "us," "our" mean WebBank, and after consummation any person who obtains WebBank's rights in this Note. We have not yet committed to make the Loan. We will only be committed to make the Loan if and when we initiate, in Utah, a transfer of funds from our offices in Utah to the bank account you identify for this purpose in the process of applying for the Loan.

**2. Loan Proceeds; Promise to Pay; Interest.**

If all conditions to funding the Loan are met (see Section 1) and the Loan is funded: (a) the Loan proceeds will be deposited into Your Bank Account as defined below; and (b) you promise to pay to us (i) the principal sum of $9900.00; (ii) simple interest on the outstanding principal balance, from March 29, 2016 until the date the Loan is paid in full, at the daily rate of 0.06561644%, which corresponds to an annual rate of 23.95%; and (iii) any and all other amounts that become due and payable under this Note (collectively, the "Debt").

**3. (a) Note Payments; Application of Payments.**

This Note is payable in 60 substantially equal monthly installments, including (i) 59 payments of $285.17, commencing Sunday, May 01, 2016; and (ii) a single final payment of the remaining amount outstanding under the Loan, payable one month later (the "Maturity Date"). Payments will be due on the same day of each corresponding month. **You may choose to repay by either of the options below in the Section 3(b) Payment Authorization as well as any other reasonable form of payment, including but not limited to paper check, money order, debit card or credit card.** We have based the payment schedule on the assumption that you will pay all payments as scheduled. If any payment is scheduled on a date we are not open for business, then you agree to pay us on the next business day, and we will credit such payment as if we received it on the appropriate Payment Date. Payments will be applied first to outstanding fees, if any, then to accrued interest, and then to principal. On the Maturity Date, any unpaid Debt will be payable in full. Unless modified by a Payment Plan, the final required payment will likely vary somewhat from prior required payments due to, among other things, early payments or paying more than scheduled, and late payments. If your payment history causes the interest owing to be less than the above payment schedule, we will adjust your final payoff payment to reflect such decrease. If your payment history causes the interest owing to be more than the above payment schedule, then you have the following options: (i) you may instruct us by contacting Avant at 800.712.5407 or support@avant.com to adjust your final payoff payment to reflect such increase; or (ii) unless you contact us by communicating with Avant at 800.712.5407 or support@avant.com and we otherwise agree in writing to increase your final payoff payment, you agree to make payments under a Payment Plan until your obligations are paid in full. Under such Payment Plan, interest will continue to accrue under the terms of this Loan Agreement, and you agree to make payments in an amount not to exceed such amounts as scheduled above, and at such frequency (monthly) as scheduled above until paid in full.

**3. (b) Payment Authorization.**

The payment method checked below is based on your previous selection. **However, you may choose to repay by any other reasonable form of payment, including but not limited to paper check, money order, debit card or credit card.** If you wish to change your payment method, you may contact us by communicating with Avant at 800-712-5407 or support@avant.com. You understand that we will process your payments provided in the Payment Schedule in Section 3(a) above by the method checked below, which gives you convenience and gives us security that payments will be received on time.

X **Direct ACH Debit.** By selecting the Direct ACH Debit option, you hereby authorize us to initiate an electronic debit to the checking account you elect for this purpose during the application process hereinafter called "Your Bank Account," at the depository financial institution, hereinafter called "Depository." You authorize us to electronically debit Your Bank Account in accordance with these provisions for amounts owing provided on each scheduled payment date in the Payment Schedule and any payment date included in any Payment Plan.

> **Your Bank Account Information.** If there is any missing or erroneous information regarding Depository or Your Bank Account, then you authorize us to verify and correct the information. You promise that the information that you provide to us relating to Your Bank Account corresponds to a legitimate, open and active account and that you have the right to initiate (and to authorize us to initiate) electronic debits from Your Bank Account. You acknowledge that Your Bank Account also includes any bank account that you may designate for payment in the future, and which we verify in writing with you.

> **Dates in the Payment Schedule.** You acknowledge that this authorization is an authorization to initiate an electronic debit to Your Bank Account on or after each scheduled payment date and any payment date, including amounts owing on the final payment due date. That is, this authorization allows us to initiate any decreased amount owing on your final payoff payment date adjusted for your payment history, and any increased amount you instruct us to debit.

**Dates under any Payment Plan.** You acknowledge that this authorization allows us to initiate an electronic debit to Your Bank Account on or after each scheduled payment date included in the Payment Plan set forth in Section 3(a) of this Note, and any Payment Plan set forth below in the **"Other Payment Arrangements"** section under this **Direct ACH Debit** provision. If you default on your obligations under any Payment Plan, you complete your obligations, or we terminate a Payment Plan, then you authorize us to debit Your Bank Account on the dates and in the amounts set forth in your original Payment Schedule in accordance with this Payment Authorization.

**Termination.** You understand and acknowledge that you may terminate this authorization by notifying us in such time and manner as to afford us and Depository a reasonable opportunity to act on it.

**Range of Debits and Notice of Variation.** You have the right to receive notice of all varying transfers. Our debits to Your Bank Account will be in an amount between the amount of the scheduled payment (or such lesser amount based on your payment history) and the total amount of any scheduled payments past due at the time we initiate the debit, plus any additional charges and/or fees incurred under this Note. On each scheduled payment date under the Loan Agreement or Payment Plan, we will not debit Your Bank Account for more than the scheduled payment plus the total amount of scheduled payments past due at the time we initiate the debit (plus additional charges and/or fees, as applicable). You may elect to receive notice of the date and amount of each debit that varies from the scheduled payments in advance if you notify us by communicating with Avant at 800-712-5407, or at 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601. If a debit amount will fall outside of the specified range, then we will electronically notify you of the amount of the debit and the date on or after which we will debit such amount, at least ten calendar days before the scheduled debit.

**Partial Prepayments.** If you make any partial prepayments, then you authorize us to vary the amount of the electronic debit as needed to reflect those partial prepayments.

**Additional Amounts.** You further authorize us to initiate separate electronic debits to Your Bank Account for any applicable amounts provided in this Note. You also authorize us to initiate separate electronic debits to Your Bank Account for any applicable Late Fee or Dishonored Payment Fee.

**Other Payment Arrangements.** If we agree, you may change certain terms of this Payment Authorization, including but not limited to (i) a full schedule change of the date on which we will initiate a debit to Your Bank Account and/or the amount of such debit, (ii) a short-term Payment Plan under which any loan payments originally scheduled under this Payment Authorization during the time of such short-term Payment Plan will be moved to the end of the loan, and (iii) any "one off payment" authorized by you which may be in addition to or replace your regularly scheduled payment. For purposes of this Agreement, a "one off payment" is a one-time payment you voluntarily authorize by phone, email, online chat, customer dashboard, or otherwise. If you and we agree to change any terms of this Payment Authorization, we will send you written confirmation of such change, and all other provisions of this Payment Authorization not changed will remain in full force and effect. To the extent you and we agree to a short term Payment Plan or one-off payment, please note that your obligations under this Payment Authorization will remain in full force and effect, and when you complete such payments or we terminate your short term Payment Plan, you agree that we may again resume debiting Your Bank Account in accordance with this Payment Authorization.

**Full Force and Effect.** This authorization will remain in full force and effect until we have received written notification from you of its termination in such time and in such manner as to afford us and Depository a reasonable opportunity to act on it. You may send written notification to us by communicating with Avant at support@avant.com or by mail to Avant, ATTN: Compliance Department, 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601.

**Error Correction.** In the event we make an error in processing any payment, you authorize us to initiate a payment to or from Your Bank Account to correct the error.

**Re-Initiation.** You authorize us to re-initiate any ACH debit a total of two additional times (if necessary) for the same amount if the ACH debit is dishonored.

You acknowledge that the origination of an electronic debit to Your Bank Account must comply with the provisions of U.S. law.

**Optional Electronic Debit Authorization. YOU ARE NOT (AND WERE NOT) REQUIRED TO SELECT THIS ELECTRONIC DEBIT AUTHORIZATION TO ENTER A TRANSACTION WITH US. THIS ELECTRONIC DEBIT AUTHORIZATION IS FOR YOUR CONVENIENCE IN PAYING. BY SELECTING THIS OPTION, YOU**

**ACKNOWLEDGE THAT YOU ARE VOLUNTARILY CHOOSING TO PAY ELECTRONICALLY.**

__ **Remotely Created Check.** By selecting the Remotely Created Check option, you authorize us to create paper checks, bearing the legend "Authorized by Drawer No Signature Required," or your typed name and/or other information as may be required under applicable law, rather than your handwritten signature, drawn on the checking or savings account you elect for this purpose during the application process, hereinafter called "Your Bank Account," at the depository financial institution you identify during the application process, hereinafter called "Depository." You acknowledge that Your Bank Account also includes any bank account that you may designate in the future, and which we verify in writing with you. For purposes of this authorization, a Remotely Created Check may be otherwise known as, remotely created consumer items, demand drafts, telechecks, preauthorized drafts issued by the drawer of the order, or paper drafts. You agree any designation such as "Authorized by Drawer," "No Signature Required" or your typed name or any other designation as mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. You further authorize us to submit each check for payment to the Depository in the amount of each payment owing to us under this Note on or after each scheduled payment date and any payment date included in any Payment Plan.

**Your Bank Account Information.** If there is any missing or erroneous information regarding Depository or Your Bank Account, then you authorize us to verify and correct the information. You promise that the information that you provide to us relating to Your Bank Account corresponds to a legitimate, open and active account.

**Dates in the Payment Schedule and Amounts.** You acknowledge that this authorization allows us to create and submit checks from Your Bank Account on or after each scheduled payment date, including amounts owing on the final payment due date. That is, this authorization allows us to create and submit checks for any decreased amount owing on your final payoff payment date adjusted for your payment history, and any increased amount authorized. Furthermore, on each scheduled payment date under the Loan Agreement or Payment Plan, you authorize us to submit a Remotely Created Check to Your Bank Account for scheduled payment, plus the total amount of any scheduled payments past due, plus additional charges and/or fees, as applicable.

**Dates under any Payment Plan.** You acknowledge that this authorization allows us to create and submit checks from Your Bank Account on or after each scheduled payment date included in the Payment Plan, set forth in Section 3(a) of this Note, and any Payment Plan set forth below in the **"Other Payment Arrangements"** section under this **Remotely Created Check** provision. If you default on your obligations under any Payment Plan, you complete your obligations, or we terminate a Payment Plan, then you authorize us to create and submit checks from Your Bank Account on the dates and in the amounts set forth in your original Payment Schedule in accordance herewith.

**Termination.** You understand and acknowledge that you may terminate our authority to create and submit checks by communicating with Avant at 800-712-5407, or at 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601.

**Partial Prepayments.** If you make any partial prepayments, then you authorize us to vary the amount of any remotely created check needed to reflect those partial prepayments.

**Additional Amounts.** You further authorize us to create and submit separate checks from Your Bank Account for any applicable amounts provided in this Note, including any Late Fee or Dishonored Payment Fee.

**Errors.** In the event we make an error in creating and submitting checks from Your Bank Account, you authorize us do what is reasonable and necessary to correct the error. If you believe we have presented a Remotely Created Check in a manner not contemplated by this authorization, then please contact Avant at 800-712-5407, or at 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601.

**Other Payment Arrangements.** If we agree, you may change certain terms of this **Remotely Created Check** provision including but not limited to (i) a full schedule change of the date on which we will create and submit a check drawn on Your Bank Account and/or the amount of such check, (ii) a short-term Payment Plan under which any loan payments originally scheduled under this **Remotely Created Check** provision during the time of such short-term Payment Plan will be moved to the end of the loan, and (iii) any "one off payment" made by you which may be in addition to or replace your regularly scheduled payment. For purposes of this Agreement, a "one off payment" is a one-time payment you voluntarily authorize by phone, email, online chat, customer dashboard, or otherwise. If you and we agree to change any terms of this **Remotely Created Check** provision, we will send you written confirmation of such change, and all other provisions of this **Remotely Created Check** provision not changed will remain in full force and effect. To the extent you and we agree to a short term Payment Plan or one-off payment, please note that your obligations under this **Remotely Created Check** provision will remain in full force and effect, and when you complete such payments or we terminate such Payment Plan, you agree that we may

again resume creating and submitting a check drawn on Your Bank Account in accordance with this **Remotely Created Check** provision.

**You agree that we may present for payment to your Bank up to two times any Remotely Created Check that is dishonored, including any Remotely Created Check submitted for any applicable Late Fee or Dishonored Payment Fee.**

**4. Prepayment.**

**You may prepay the Debt in whole or in part at any time without penalty.** That is, you will not incur any additional fee or charge for partial prepayment or prepayment in full.

**5. Fees and Charges.**

(a) If a payment is not paid in full within 10 days after its due date, you will be charged $25.00.

(b) We will charge you a Dishonored Payment Fee of $15.00 each time any payment we initiate or you make in connection with this Note or the Debt is returned unpaid.

**6. Use of Proceeds.**

You promise that you will use the proceeds of the Loan for the purposes you have stated and not for any student loan or any illegal purposes.

**7. Default/Remedies.**

If: (a) you fail to pay any scheduled installment when due; (b) any bankruptcy, receivership or insolvency proceeding is initiated by or against you or you make any assignment for the benefit of creditors; (c) you die; (d) you fail to keep any promise or meet any other obligation in this Note; or (e) we discover that you have made a material misrepresentation, then, subject to applicable law (including any notice or cure right under applicable law), we may declare all Debt under this Note immediately due and payable, exercise any right provided by applicable law and, if the Debt is referred for collection to an attorney who is not a salaried employee of ours, charge you reasonable attorneys' fees permitted by applicable law.

**8. Waivers.**

We may accept late or partial payments, even though marked "paid in full," or with similar language, without losing any of our rights under this Note, and we may delay enforcing any of our rights under this Note without losing them. We do not have to: (a) give notice that amounts due have not been paid ("notice of dishonor"), (b) demand payment of amounts due ("presentment"), or (c) obtain an official certification of nonpayment ("protest"). You hereby waive notice of dishonor, presentment and protest. Even if, at a time when you are in default, we do not require you to pay immediately in full as described above, we will still have the right to do so if you are in default at some other time. Neither our failure to exercise any of our rights, nor our delay in enforcing or exercising any of our rights, will waive those rights in whole or in part, regardless of how often we fail or delay in enforcing or exercising such rights.

To the extent allowed by law, no extension of time for payment of any part of the Debt, and no alteration, amendment or waiver of any provision of this Note or any other document or agreement relating to the Debt or this Note shall release, modify, amend, waive, extend, change, discharge, terminate or affect your unconditional liability, and that of any other person or party who may become liable for the payment of all or part of the Debt.

**9. Applicable Interest and/or Loan Charge Maximums Will Be Observed.**

Notwithstanding any provision of this Note to the contrary, if any law applicable to this Note or the Debt is finally interpreted so that the interest or other charges or fees collected or to be collected in connection with the Debt or this Note exceed the legally permitted limit, then: (a) any such interest, charge or fee shall be reduced by the amount necessary to reflect and be in compliance with the maximum permitted limit; and (b) any sums already collected, to the extent such sums would otherwise exceed a permitted limit, will be refunded to you. We may choose to make this refund by reducing the Debt and/or by making a direct payment to you.

**10. Severability.**

The unenforceability of any provision of this Note shall not affect the enforceability or validity of any other provision of this Note.

**11. Notices.**

All notices and other communications under this Note shall be given in writing and shall be deemed to have been duly given and effective upon receipt if delivered in person, by recognized messenger service or by facsimile, email or other electronic

transmission and upon posting for notices we give you on our website. Any notice to you may be delivered in accordance with the consent to electronic communications you have executed or to the address we maintain for you in our records. Any notice to us must be sent to Avant, 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601 unless a different address for notice is later provided in writing by us to you.

## 12. Assignment.

You may not assign any of your obligations under this Note without our written permission, which we are not required to give. We may assign this Note at any time without your permission. Our transfer may be made by causing a registration of transfer in the record of ownership as described below, without providing you with any other notice (except where such notice is required by applicable law). Your obligations under this Note apply to all of your heirs, successors and permitted assigns, if any. Our rights under this Note apply to us and each of our successors and assigns. Ownership of this Loan Agreement and Promissory Note (and rights hereunder, including with respect to principal and interest) shall be registered in a record of ownership maintained by an entity specifically designated for such purposes. You hereby irrevocably appoint Avant, Inc. as your agent acting solely for the purpose of maintaining such record of ownership. Any assignment or transfer of, or participation in, this Note (or rights hereunder) will be valid only if and when it is registered in such record of ownership. You shall treat each person whose name is registered in the record of ownership as the owner, assignee or participant, as applicable, for all purpose of this Loan Agreement and Promissory Note, including, but not limited to, the rights to payments of principal and interest. The record of ownership shall be made available to you in a form and manner determined by the agent maintaining it from time to time upon reasonable prior written notice.

## 13. Governing Law.

Except to the extent, if any, prohibited by applicable law, this Note and all controversies relating to this Note are governed by federal law and, to the extent state law applies, the law of the State of Utah.

## 14. Amendment.

**Except for orally agreed upon changes in the Payment Authorization later confirmed in writing by us, this Note may not be amended, modified or limited except by a written agreement executed by both you and us.**

## 15. Contacting You; Phone and Text Messages.

You authorize us and our affiliates, agents, assigns and service providers (collectively, the "Messaging Parties") to contact you using automatic telephone dialing systems, artificial or prerecorded voice message systems, text messaging systems and automated email systems in order to provide you with information about this Note and the Debt, including information about upcoming payment due dates, missed payments and returned payments. You authorize the Messaging Parties to make such contacts using any telephone numbers (including wireless, landline and VOIP numbers) or email addresses you supply to the Messaging Parties in connection with your Loan application, the Messaging Parties' servicing and/or collection of amounts you owe the Messaging Parties or any other matter. You understand that anyone with access to your telephone or email account may listen to or read the messages the Messaging Parties leave or send you, and you agree that the Messaging Parties will have no liability for anyone accessing such messages. You further understand that, when you receive a telephone call, text message or email, you may incur a charge from the company that provides you with telecommunications, wireless and/or Internet services, and you agree that the Messaging Parties will have no liability for such charges. You expressly authorize the Messaging Parties to monitor and record your calls with the Messaging Parties. You understand that, at any time, you may withdraw your consent to receive text messages and calls to your cell phone or to receive artificial or prerecorded voice message system calls by calling the Messaging Parties at 800-712-5407. To stop text messages, you can also simply reply "STOP" to any text message the Messaging Parties send you. To stop emails, you can follow the opt-out instructions included at the bottom of the Messaging Parties' emails.

## 16. Credit Reports and Monitoring.

NOTICE OF FURNISHING NEGATIVE INFORMATION. WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNT TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT. WE MAY OBTAIN CREDIT REPORTS ON YOU ON AN ONGOING BASIS UNTIL THIS NOTE IS PAID IN FULL.

## 17. Credit Bureau Disputes.

If you believe we have inaccurately reported information about you or this Note to a credit reporting agency, contact us by communicating with Avant at 800-712-5407 or send an email to us at support@avant.com. You will need to provide your Loan

Number along with a copy of your credit bureau report reflecting the information that you believe is inaccurate. If you believe that you have been the victim of identity theft, submit an identity theft affidavit or identity theft report.

**18. Bankruptcy.**

You promise that you are not a debtor under any proceeding in bankruptcy, have not consulted a bankruptcy attorney in the past six months and have no current intention of filing a petition for relief under the United States Bankruptcy Code. If you file for bankruptcy under the United States Bankruptcy Code, you must contact us in writing and include your Loan Number by communicating with Avant at 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601, Attn: Bankruptcy Notice.

**19. Non-Negotiable Instrument.**

This Note is not a negotiable instrument.

**20. Arbitration Provision.**

By signing below, you agree to this Jury Trial Waiver and Arbitration Clause ("Clause"):

**Background and Scope.**

| | | |
|---|---|---|
| **What is arbitration?** | **An alternative to court.** | In arbitration, a third party ("Arbiter") solves Disputes in a hearing ("hearing"). You, related third parties, and we, waive the right to go to court. Such "parties" waive jury trials. |
| **Is it different from court and jury trials?** | **Yes.** | The hearing is private and less formal than court. Arbiters may limit pre-hearing fact finding, called "discovery." The decision is final. Courts rarely overturn Arbiters. |
| **Who does the Clause cover?** | **You, Us, and Others.** | This Clause governs the parties, their heirs, successors, assigns, and third parties related to any Dispute. |
| **Which Disputes are covered?** | **All Disputes.** | In this Clause, the word "Disputes" has the broadest possible meaning. This Clause governs all "Disputes" involving the parties. This includes all claims even indirectly related to your application and agreements with us. This includes claims related to information you previously gave us. It includes all past agreements. It includes extensions, renewals, refinancings, or payment plans. It includes claims related to collections, privacy, and customer information. It includes claims related to setting aside this Clause. It includes claims about the Clause's validity and scope. It includes claims about whether to arbitrate. |
| **Are you waiving rights?** | **Yes.** | You waive your rights to:<br>1. Have juries solve Disputes.<br>2. Have courts, other than small-claims courts, solve Disputes.<br>3. Serve as a private attorney general or in a representative capacity.<br>4. Be in a class action. |
| **Are you waiving class action rights?** | **Yes.** | **COURTS AND ARBITERS WON'T ALLOW CLASS ACTIONS.** You waive your rights to be in a class action, as a representative and a member. Only individual arbitration, or small-claims courts, will solve Disputes. You waive your right to have representative claims. **Unless reversed on appeal, if a court invalidates this waiver, the Clause will be void.** |
| **What law applies?** | **The Federal Arbitration Act ("FAA").** | This transaction involves interstate commerce, so the FAA governs. If a court finds the FAA doesn't apply, and the finding can't be appealed, then your state's law governs. The Arbiter must apply substantive law consistent with the FAA. The Arbiter must follow statutes of limitation and privilege claims. |

| Can the parties try to solve Disputes first? | Yes. | We can try to solve Disputes if you call us at 800-712-5407. If this doesn't solve the Dispute, mail us notice, within 100 days of the Dispute date. In your notice, tell us the details and how you want to solve it. We will try to solve the Dispute. If we make a written offer ("Settlement Offer"), you can reject it and arbitrate. If we don't solve the Dispute, either party may start arbitration. To start arbitration, contact an Arbiter or arbitration group listed below. No party will disclose settlement proposals to the Arbiter during arbitration. |
|---|---|---|
| How should you contact us? | By mail. | Send mail to: 222 N. LaSalle St., Suite 1700, Chicago, Illinois 60601. You can call us at 800-712-5407 or use certified mail to confirm receipt. |
| Can small-claims court solve some Disputes? | Yes. | Each party has the right to arbitrate, or to go to small-claims court if the small-claims court has the power to hear the Dispute. Arbitration will solve all Disputes that the small-claims court does not have the power to hear. If there is an appeal from small-claims court, or if a Dispute changes so that the small-claims court loses the power to hear it, then the Dispute will only be heard by an Arbiter. |
| Do other options exist? | Yes. | Both parties may use lawful self-help remedies. This includes set-off or repossession and sale of any collateral. Both parties may seek remedies which don't claim money damages. This includes pre-judgment seizure, injunctions, or equitable relief. |
| Will this Clause continue to govern? | Yes, unless otherwise agreed. | The Clause stays effective unless the parties sign an agreement stating it doesn't. The Clause governs if you rescind the transaction. It governs if you default, renew, prepay, or pay. It governs if your contract is discharged through bankruptcy. The Clause remains effective, despite a transaction's termination, amendment, expiration, or performance. |

### Process.

| How does arbitration start? | Mailing a notice. | Either party may mail the other a request to arbitrate, even if a lawsuit has been filed. The notice should describe the Dispute and relief sought. The receiving party must mail a response within 20 days. If you mail the demand, you may choose the arbitration group. Or, your demand may state that you want the parties to choose a local Arbiter. If related third parties or we mail the demand, you must respond in 20 days. Your response must choose an arbitration group or propose a local Arbiter. If it doesn't, we may choose the group. |
|---|---|---|
| Who arbitrates? | AAA, JAMS, or an agreed Arbiter. | You may select the American Arbitration Association ("AAA") (1-800-778-7879) http://www.adr.org or JAMS (1-800-352-5267) http://www.jamsadr.com. The parties may also agree in writing to a local attorney, retired judge, or Arbiter in good standing with an arbitration group. The Arbiter must arbitrate under AAA or JAMS consumer rules. You may get a copy of these rules from such group. Any rules that conflict with any of our agreements with you, don't apply. If these options aren't available, and the parties can't agree on another, a court may choose the Arbiter. Such Arbiter must enforce your agreements with us, as they are written. |
| Will the hearing be held nearby? | Yes. | The Arbiter will order the hearing within 30 miles of your home or where the transaction occurred. |

| What about appeals? | Appeals are limited. | The Arbiter's decision will be final. A party may file the Arbiter's award with the proper court. Arbitration will solve appeals of a small-claims court judgment. A party may appeal under the FAA. If the amount in controversy exceeds $10,000.00, a party may appeal the Arbiter's finding. Such appeal will be to a three-Arbiter panel from the same arbitration group. The appeal will be de novo, and solved by majority vote. The appealing party bears appeal costs, despite the outcome. |
|---|---|---|

### Arbitration Fees and Awards.

| Will we advance Arbitration Fees? | Yes, but you pay your costs. | We will advance your "Arbitration Fees" if you ask us to. This includes filing, administrative, hearing, and Arbiter's fees. You pay your attorney fees and other expenses. |
|---|---|---|
| Are damages and attorney fees possible? | Yes, if allowed by law. | The Arbiter may award the same damages as a court. Arbiters may award reasonable attorney fees, and expenses, if allowed by law. |
| Will you pay Arbitration Fees if you win? | No. | If the Arbiter awards you funds, you don't reimburse us the Arbitration Fees. |
| Will you ever pay Arbitration Fees? | Yes. | If the Arbiter doesn't award you funds, then you must repay the Arbitration Fees. If you must pay Arbitration Fees, the amount won't exceed state court costs. |
| What happens if you win? | You could get more than the Arbiter awarded. | If an Arbiter's award to you exceeds our last Settlement Offer, we will pay the greater of the award amount or $7500 in addition to your attorneys' fees and reasonable expert witness costs and other costs incurred. |
| Can an award be explained? | Yes. | A party may request details from the Arbiter, within 14 days of the ruling. Upon such request, the Arbiter will explain the ruling in writing. |

### Other Options.

| If you don't want to arbitrate, can you still get a transaction? | Yes. You can get our services and decide not to arbitrate. | Consider these choices: 1. **Informal Dispute Resolution.** Contact us, and attempt to settle any Disputes. 2. **Small-claims Court.** Seek to solve Disputes in small-claims court, within state law limits. 3. **Opt-Out of Arbitration.** Sign and then timely opt-out. |
|---|---|---|
| Can you opt-out of the Clause? | Yes. Within 60 days. | Write us within 60 calendar days of signing your agreement to opt-out of the Clause for that agreement. List your name, address, account number and date. List that you "opt out." If you opt out, it will only apply to that agreement. |

## 21. State Notices and Special Provisions.

### All Borrowers, including California/New York/Rhode Island/Utah/Vermont Residents

You give us and our agents, successors, and assigns permission to access your credit report in connection with any transaction, or extension of credit, and on an ongoing basis, for the purpose of reviewing this Note, taking collection action on this Note, or for any other legitimate purposes associated with this Note. Upon your request, you will be informed of whether or not a consumer credit report was ordered, and if it was, you will be given the name and address of the consumer reporting agency that furnished the report. As required by law, you are hereby notified that a negative credit report reflecting on your

credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### All Borrowers, Including Iowa, Maine / Missouri / Nebraska / Oregon / Texas / Utah / Washington Residents

Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt, including promises to extend or renew such debt, are not enforceable. To protect you (borrower) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify.

### All Borrowers, including Iowa and Kansas Residents

**NOTICE TO CONSUMER:**

**1. Do not sign this Contract before you read it.**

**2. You are entitled to a copy of this Contract.**

**3. You may prepay the unpaid balance at any time without penalty.**

### California Residents

A married applicant may apply for a separate account.

### Maryland Residents

To the extent, if any, that Maryland law applies to this Note, we elect the Credit Grantor Closed-End Credit Provisions in Title 12, Subtitle 10 of the Commercial Law Code as the applicable Maryland law.

### Massachusetts Residents

Massachusetts law prohibits discrimination based upon marital status or sexual orientation.

### New Hampshire Residents

You shall be awarded reasonable attorney's fees if you prevail in any legal action you bring against us or we bring against you. If you successfully assert a partial defense, set-off or counterclaim against us in an action we bring against you, the court or arbitrator may withhold from us the entire amount or such portion of the attorney's fees as it considers equitable. You or your attorney may file a complaint with the New Hampshire Commissioner of Banking, State of New Hampshire Banking Department, 53 Regional Drive, Suite 200, Concord NH 03301. Instructions for filing complaints can be found on the Commissioner's website at www.nh.gov/banking/consumer-assistance/complaint.htm.

### Ohio Residents

The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

### Married Wisconsin Residents

If you are married: (1) You confirm that the Loan is being incurred in the interest of your marriage or family. (2) No provision of any marital property agreement, unilateral agreement, or court decree under Wisconsin's Marital Property Act will adversely affect a creditor's interest unless prior to the time credit is granted, the creditor is furnished a copy of that agreement or decree or is given complete information about the agreement or decree. (3) You understand and agree that we will provide a copy of this Note to your spouse for his or her information.

**BY CONSIDERING AND TAKING ACTION ON YOUR APPLICATION FOR THE LOAN, WE AGREE TO THE TERMS OF THIS NOTE, INCLUDING THE ARBITRATION PROVISION.**

**BY CLICKING THE BUTTON BELOW READING "I AGREE," YOU ACKNOWLEDGE THAT YOU HAVE RECEIVED AND HAVE READ A COMPLETED COPY OF THIS NOTE, YOU UNDERSTAND THIS NOTE AND YOU AGREE TO ITS TERMS, INCLUDING THE ARBITRATION PROVISION.**

| CAUTION—IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU | NOTICE TO BORROWER |
|---|---|

| SIGN IT. | (a) DO NOT SIGN THIS NOTE BEFORE YOU READ THE WRITING ABOVE, EVEN IF OTHERWISE ADVISED.<br><br>(b) DO NOT SIGN THIS NOTE IF IT CONTAINS ANY BLANK SPACES.<br><br>(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.<br><br>(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS NOTE. |
|---|---|

[I AGREE]

**Customer Signature:**
Name: Kenneth Thomas

Signed At: March 23, 2016 21:52
Customer ID: 59031780
SIGNATURE: fc50a6f2cfb9b7907f29e674f84e51724f596697

**Notice to Arizona Borrowers:** You may request that the initial disclosures prescribed in the Truth in Lending Act (15 United States Code §§ 1601 through 1666j) be provided in Spanish before signing any loan documents.

**Aviso a solicitantes de prestamos en Arizona:** Tiene el derecho de solicitar la declaración de divulgación inicial prescribida en la legislación de Veracidad de Crédito (Truth in Lending Act-15 United States Code §§ 1601 through 1666j) en Español antes de firmar cualquier documento de prestamo.

# Exhibit B

 **Gmail**

Ken Thomas <ken25049@gmail.com>

## LaSalle Network

**Jacqueline Hyde** <JHyde@lasallenetwork.com>  Tue, Apr 5, 2016 at 12:28 PM
To: "ken25049@gmail.com" <ken25049@gmail.com>

Dear Kenneth,

This letter is to follow up confirming your assignment at Avant has been terminated effective 03/21/2016.

It is our company policy that you contact us regarding your employment availability on a weekly basis. Anyone here can be a resource for you. If you don't want us to consider you for new opportunities, please notify us immediately.

If you have any further questions, please contact me.

Best,

Jackie

**Jacqueline Hyde**
Human Resources Assistant
p. 312.419.1700 | f. 708.995.3025
jhyde@lasallenetwork.com

Get the latest management and career advice from our CEO, Tom Gimbel, here!

# Exhibit C



From: no-reply@avantcreditresolution.com
Subject: Notice of Adverse Action
Date: March 24, 2016 at 2:37 PM
To: ken25049@gmail.com

2016-03-24

WebBank

c/o Avant

222 N. LaSalle St., Suite 1700

Chicago, IL 60601

Kenneth Thomas

This letter is in response to your recent request for a WebBank loan offered through www.avant.com. Our records show that you applied for a loan with us on 2016-03-23.

After carefully reviewing your application, we are sorry to advise you that we cannot provide you with a loan at this time.

If you would like a statement of specific reasons why your application was denied, please contact the Application Review Manager shown below within 60 days of the date of this letter. We will provide you with the statement of reasons within 30 days after receiving your request.

Avant

Attn: Application Review Manager

222 N. LaSalle St., Suite 1700

Chicago, IL 60601

Telephone: 1-800-712-5407

If we obtained information from a consumer reporting agency as part of our consideration of your application, its name, address, and toll-free telephone number is shown below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information contained in your file (if one was used) by contacting:"

TransUnion LLC

2 Baldwin Place

P.O. Box 1000

Chester, PA 19022

Telephone: 1-800-888-4213

We also obtained your credit score from TransUnion and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score: 769

Date: 2016-03-23

Scores range from a low of 300 to a high of 850

Scores range from a low of 000 to a high of 000.

Key factors that adversely affected your credit score: "Length of time revolving accounts have been established, Proportion of loan balances to loan amounts is too high, Time since most recent account opening is too short, Too many accounts with balances"

If you have any questions regarding your credit score, you should contact TransUnion LLC at 2 Baldwin Place, P.O. Box 1000, Chester, PA 19022, Telephone: 800-888-4213.

Our credit decision may have been based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information."

Sincerely,

WebBank, Salt Lake City, Utah

FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE

**Notice:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

FDIC
Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

**The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.**

# Exhibit D

4

https://www.avant.com/admin2/loans/1653893/customer_details

Kenneth Thomas

LOAN #1653893   INSTALLMENT
Product Details
Verification
Payments

CUSTOMER #59031789
**Customer Details**
Applications & Products
Work Items
Emails
Attachments
Reports

View All Workflows

Add Tasks...

## Customer Identity

| | |
|---|---|
| NAME | Kenneth Thomas |
| DATE OF BIRTH | 1988-10-28 |
| DECEASED | No |
| SSN | *****2530 |
| AUTHORIZED USER | |
| ADDRESS | 6620 S Drexel #1 Chicago, IL 60637 |
| RENT OR OWN | Rent |
| TIME AT ADDRESS | 0-6 months |
| RETURNING CUSTOMER | |

## Contact Info

| | |
|---|---|
| EMAIL | ken25049@gmail.com |
| HOME PHONE | (630) 881-7678 |

## Income Info

| | |
|---|---|
| MONTHLY NET INCOME | $2,141.51 |
| MONTHLY GROSS INCOME | |
| INCOME TYPE | Employed Non-military |
| PAY FREQUENCY | Weekly |

## Employer Info

| | |
|---|---|
| EMPLOYER | Lasalle Network |
| JOB TITLE | Specialist |
| TIME AT JOB | 7 months |

Shortcuts   Support Ticket   Feedback

workflow-BP...pdf   giphy (5).gif



u funny. u approved too.a whole bunch of managers on it tho



  

u stay on the same block as my family too. I be over there all the time

Haha y'all saw all my info!! I wonder how many ppl were on the app

This block is wild

a lot. people was sending it to each other. Somebody sent it to me

Lol

Like u said I was approved tho

Yea thats why people were sending it around cus u were approved. so if u move forward with the pics, make sure u crop

 



      



Lol

Like u said I was approved tho

Yea thats why people were sending it around cus u were approved. so if u move forward with the pics, make sure u crop my info out

U know I got u. I'll never leave u out like that

I wonder how they denied it tho after

Well from what I saw, Craig Bennett pulled it and sent it to compliance then rejected it

I don't even know who that is.

   

      

Case: 1:18-cv-06021 Document #: 38 Filed: 04/11/19 Page 40 of 48 PageID #:275



So, you applied for a loan at avant? Lol

Who told u

Your app came up in the queue

Whaaaat

The app has been passed along I didn't touch it

Who all was on it

I'm not sure. I didn't work the app tbh.

How did you manage to do it? I

# Exhibit E

AVANT

May 6, 2016

VIA CFPB PORTAL
Consumer Financial Protection Bureau
P.O. Box 4503
Iowa City, IA 52244

Re: Kenneth Thomas Consumer Complaint, Case No. 160425-001100

To Whom It May Concern:

We received a complaint filed by Mr. Kenneth Thomas with the Consumer Financial Protection Bureau (Case No. 160425-001100) regarding his application for credit from WebBank, a Utah Industrial Bank, member FDIC, via the Avant Platform, and the confidentiality of his personal information submitted during the application process.

At Avant, Inc. ("Avant"), we take consumer complaints very seriously and are constantly working to enhance the customer experience. Loans through the Avant Platform at www.Avant.com are originated via WebBank, which makes fully amortizing consumer installment loans—for personal, family or household purposes. Avant is an online lending platform that is working to lower the costs and barriers of borrowing for consumers. The Avant Platform is committed to delivering high quality professional services and providing a platform through which creditworthy consumers can gain access to credit.

WebBank and Avant at all times comply with applicable federal consumer finance laws, including but not limited to the Gramm-Leach-Bliley Act, and Fair Credit Reporting Act, requirements regarding customer information safety and security, and the Federal Equal Credit Opportunity Act which prohibits creditors from unlawfully discriminating against credit applicants.

Avant welcomes this opportunity to respond to Mr. Thomas' allegations. Avant has thoroughly investigated Mr. Thomas' complaints and denies all allegations relating to confidentiality of customer nonpublic personal information and discrimination. In addition, this response provides Mr. Thomas with the specific reason(s) for the denial of his credit request in accordance with applicable law.

**Confidentiality of Customer Information Allegations**

Response:

> Avant has investigated Mr. Thomas' allegation regarding the confidentiality of his loan request, and we have not discovered any evidence of his nonpublic personal information being misused.

Explanation:

> Please be advised that Avant has detailed policies regarding the confidentiality of customer information that is required in compliance with federal laws, including but not limited to the Gramm-Leach-Bliley Act, and Fair Credit Reporting Act. Avant maintains

AV⏃NT

policies and procedures, as well as administrative, technical, and physical safeguards, to protect the security, confidentiality, and integrity of customer information. All employees are required to maintain the confidentiality of customer information, and are trained on company policies and the law. Avant's safeguarding program is designed to ensure the security and confidentiality of customer information and protect against unauthorized access to or use of such information that could result in substantial harm or inconvenience to any customer. Avant regularly assesses the sufficiency of all safeguards in place to control information risks.

**Discrimination allegations**

Response:

WebBank, member FDIC, has policies and procedures in place making ineligible all persons having been employed at Avant to receive WebBank loans via the Avant Platform. WebBank, member FDIC, declined Mr. Thomas's application for credit because of his employment relationship with Avant.

Explanation:

On March 23, 2016, Mr. Thomas' employment assignment at Avant terminated. Also on March 23, 2016, the day his assignment was terminated, Mr. Thomas submitted a loan request inquiry to WebBank, FDIC insured, via www.Avant.com. As a result of that inquiry, Mr. Thomas was preliminarily approved for a loan from WebBank, subject to final verification of the application information. On March 24, 2016, as part of the standard employee verification check, Mr. Thomas' loan request was declined in accordance with WebBank's position that persons having been employed at Avant with access to proprietary information are ineligible for credit. As a result, Mr. Thomas was sent a notice of adverse action.

WebBank and Avant go to great lengths to ensure a transparent and customer-focused experience. We trust this response gives Mr. Thomas the specific reasons for his denial of credit and addresses all of his questions and concerns. If Mr. Thomas has any additional questions or comments, please instruct him to contact the Avant Compliance Department directly at Compliance@Avant.com.

Sincerely,

Avant Compliance Department
222 N. LaSalle St., Ste. 1700
Chicago, IL 60601
Compliance@Avant.com

# Exhibit F



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

September 6, 2017

Kenneth Thomas


Re: Avant
File No: 2017-CONSC-00057917

Dear Mr. Thomas:

The Consumer Protection Division, of the Office of the Attorney General has received your consumer complaint. A copy of your complaint has been forwarded to the above named business for its review and response.

The business may contact you about a possible settlement after it receives our letter. We encourage you to consider any reasonable offer. If the business responds directly to our office, a copy of its response will be mailed to you.

This is an informal mediation process. We are unable to represent private citizens in legal disputes.

Please direct all correspondence to my attention, Office of the Attorney General, Consumer Protection Division, Consumer Fraud Bureau, 100 West Randolph Street, 12th Floor, Chicago, IL 60601. Please reference your file number on all correspondence.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Urandi Ward*

Urandi Ward
Citizen's Advocate
Consumer Protection Division
(312)814-3874

mc



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

October 13, 2017

Kenneth Thomas
████████████
████████████

Re: Avant
File No: 2017-CONSC-00057917

Dear Mr. Thomas:

I have reviewed all of the information and correspondence concerning your complaint. The matter has not been resolved and attempts at informal mediation have failed. Since formal enforcement action by this office is not warranted, we are closing your file at this time. Your file will be retained by this office. One of the most valuable ways we can learn of problems existing in the market place is by receiving complaints from concerned citizens.

If you wish to pursue this matter further, the following alternatives are suggested:

(a) Discuss the matter with a private attorney.

(b) Taking the matter to Small Claims Court.

Thank you for taking the time to express your concerns.

Sincerely,

ATTORNEY GENERAL
State of Illinois

*Urandi Ward*

Urandi Ward
Citizen's Advocate
Consumer Protection Division
(312)814-3874

500 South Second Street, Springfield, Illinois 62701 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois, 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
601 South University, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

# Exhibit G



## Emmanuel Services
5233 West Lexington Street, Chgo, IL 60644
Fax#773.413.7444 Ph#312.330.6351
### Office of 24ᵗʰ Ward Independent Committeeman
ANTONNECOX@YAHOO.COM

March 20, 2018

### Re: Notice to Suit

Plaintiff

Kenneth Thomas



     vs.

Avant
221 North LaSalle St. Ste.1700
Chicago, IL 60601

Please be advised that on March 26, 2018 at 9:30 a.m. this office will file suit in the name of Kenneth Thomas for damages and breach of trust for failure to negotiate a fair and an impartial manner with the Illinois Attorney General.

This action is being taken to recover the maximum allowed in the Cook County Small Claims Court. Although the money damages may be capped at $15,000. We will file motions for discovery for all financial records, emails, call logs, and the names and documents of all personnel involved in the decision making connected to Mr. Kenneth Thomas and Avant.

In closing should your office decide on formal meditation we will be happy to consider such a suggestion.

Thank you,

Antonne Cox

Cc: Lisa Madigan's Office of Attorney General of Illinois
    Kenneth Thomas