## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kenneth B. Thomas

                Plaintiff,

v.

                                      Case No.: 1:18–cv–06021

                                      Honorable John J. Tharp Jr.

Avant, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendants' motions to dismiss [39] and [42] are taken under advisement; the motions will not be heard as noticed. Briefing on the motions as follows: Responses due June 10, 2019; Replies due July 1, 2019. In light of the plaintiff's amended complaint [38], Defendants' prior motions to dismiss [28], [33] are denied as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.