

**FILED**
**10/11/2022**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MBH

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| Kenneth B. Thomas, | ) | |
| | ) | |
| *Plaintiff* | ) | *Case Number:1:18CV06021* |
| | ) | |
| v. | ) | Hon. Judge: John J. Tharp, Jr. |
| | ) | |
| Avant & Web Bank, | ) | |
| | ) | |
| *Defendants* | ) | |

## PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE, APPOINTMENT OF SAP ATTORNEY, AND STAY OF DECISION

Plaintiff, Kenneth B. Thomas, pro se, asks this Court to set a settlement conference and appointment him Settlement Assistance Program counsel, and stay of decision pending the outcome of the settlement conference, and in support thereof states as follows:

1. Plaintiff has attempted to settle twice with Defendants Web Bank and Avant who declined to offer a rebuttal or negotiate in good faith in April 2021 and September 2022.

2. Plaintiff believes with the help of the Court the parties will be able to settle this matter.

3. Plaintiff would like the free assistance of Settlement Assistance Program counsel in preparing for and participating in a settlement conference. Plaintiff understands that the legal assistance available through the SAP is limited to the settlement effort and will end if the case does not settle.

4. Plaintiff also asks this Court to stay of decision in this case pending the outcome of the settlement conference.

5. Plaintiff asks this Court to determine whether Plaintiff is sincerely interested participating in a settlement conference and, if so, to provide Plaintiff with SAP counsel.

Respectfully Sumbitted,

Kenneth B. Thomas

Chicago, Illinois

10/11/2022