**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Kenneth B. Thomas

                Plaintiff,

v.

                                           Case No.: 1:18−cv−06021

                                           Honorable John J. Tharp Jr.

Avant, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Thomas's motion for a status hearing and for the initiation of discovery [85] is denied. The defendants' motions to dismiss are fully briefed and under advisement by the Court. Thomas';s motion for a settlement conference, for appointment of SAP counsel, and to stay a decision on the motions to dismiss pending a settlement conference [86] is also denied for the same reasons provided in the Court's April 8, 2021 order [84]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.