**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Kenneth B. Thomas

　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:18–cv–06021
　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tharp Jr.

Avant, et al.

　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

　　　　MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for reconsideration of the court's January 23, 2023 order [92] is denied. First, Plaintiff cannot seek relief from judgment under Rule 59(e) because has filed the motion over 28 days after this Court entered judgment. In addition, plaintiff does not set forth grounds for relief from judgment under Rule 60(b). Plaintiff relies on his status as a pro se litigant and his inability to understand how to file a complaint as "excusable neglect" to justify his deficiencies in amending his complaint. But a pro se plaintiff's mistakes in construing the federal rules do not justify the "extraordinary remedy" of relief under 60(b). Buchanan v. Illinois Dep't of Hum. Servs., 15 F. App'x 366, 368–89 (7th Cir. 2001). Further, despite the Court's instructions to pay special attention to the Rules' requirements in dismissing plaintiff's first amended complaint, plaintiff waited until after the Court dismissed his second amended complaint with prejudice to seek assistance from the pro se legal assistance desk. Plaintiff's dilatory efforts in amending his complaint are not excusable bases for relief under Rule 60(b). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.